UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: 2025 Children's Hospital of Los Angeles Subpoena | Case No.: _____<br><br>**NOTICE OF MOTION TO QUASH ADMINISTRATIVE SUBPOENA** |

1.  **PLEASE TAKE NOTICE** that pursuant to 18 U.S.C. § 3486, Fed. R. Civ. P. 45, and Fed. R. Civ. P. 81(a)(5), parents and legal guardians of six transgender children who received gender-affirming care from Children's Hospital Los Angeles ("Moving Parties"), on behalf of themselves, their children, and a proposed class of similarly situated individuals, respectfully move to quash the subpoena duces tecum ("Subpoena") issued to Children's Hospital Los Angeles ("Children's Hospital") by the U.S. Department of Justice ("DOJ") pursuant to the Health Insurance Portability & Accountability Act of 1996 ("HIPAA") (18 U.S.C. § 3486). Specifically, Moving Parties request quashal of the portions of the Subpoena that seek private, identifying and/or health information of patients and their families.

2.  All Moving Parties reside in California and their minor children received gender-affirming care from Children's Hospital in Los Angeles, California.

3.  DOJ confirmed that it issued the Subpoena to Children's Hospital. On information and belief, the Subpoena was issued in or around June 2025. *See* Ex. 14, Declaration of Helen Tran in Support of Motion to Quash ¶ 13.

4.  DOJ has confirmed that the Subpoena to Children's Hospital is substantively identical to the subpoenas issued to Boston Children's Hospital and Children's Hospital of Philadelphia. *See id.*; *see also* Ex. 8, "Subpoena Duces Tecum No. 25-1431-019" to Boston Children's Hospital; Ex. 9, "Subpoena Duces Tecum No. 25-1431-014" to Children's Hospital of Philadelphia. These two

subpoenas are publicly available and include the same 15 requests for documents. *Id*.

5. The Subpoena demands the disclosure of Moving Parties' and their children's identities and confidential medical and family information related to their receipt of gender-affirming care, including highly sensitive records regarding diagnoses, clinical assessments, and informed consent. *See id*. For the reasons stated in the accompanying Memorandum in Support of Motion to Quash Administrative Subpoena, the Subpoena violates Moving Parties' privacy rights, violates statutory and procedural requirements, was issued for an improper purpose, and is otherwise unreasonable.

6. The overbreadth of the Subpoena appears to be for the improper purpose of "pressur[ing] providers to cease offering gender-affirming care rather than to investigate specific unlawful conduct." *QueerDoc, PLLC v. DOJ*, No. 2:25-MC-00042-JNW, 2025 WL 3013568, at *7 (W.D. Wash. Oct. 27, 2025).

7. Moving Parties specifically seek to quash the following Requests in the Subpoena:

   a. Request 11: "Documents sufficient to identify each patient (by name, date of birth, social security number, address, and parent/guardian information) who was prescribed puberty blockers or hormone therapy."

   b. Request 12: "For each such patient identified in Subpoena [Request 11], documents relating to the clinical indications, diagnoses, or assessments that formed the basis for prescribing puberty blockers or hormone therapy."

   c. Request 13: "All documents relating to informed consent, patient intake, and parent or guardian authorization for minor patients identified in [Request 11], including any disclosures about off-label use (i.e., uses not approved by the United States Food and Drug Administration) and potential risks."

d.  All other Requests to the extent that such Requests or sub-Requests call for the production of the identities, records, and/or private information of Children's Hospital Los Angeles patients or their families.

8.  Movants incorporate by reference the accompanying Memorandum in Support of Motion to Quash Administrative Subpoena and supporting declarations and exhibits.

**WHEREFORE**, Moving Parties respectfully request that this Court quash the Subpoena as requested in this motion.

Dated: November 20, 2025         Respectfully submitted,

/s/ Amy Powell_____
Amy Powell

/s/ Joy Dockter_____
Joy Dockter

-3-
**NOTICE OF MOTION TO QUASH ADMINISTRATIVE SUBPOENA**