**WESTERN CENTER ON LAW & POVERTY**
Helen Tran, SBN 290731
Email: htran@wclp.org
David Kane, SBN 292186
Email: dkane@wclp.org
Joy Dockter, SBN 275196
Email: jdockter@wclp.org
Robert Newman, SBN 86534
Email: rnewman@wclp.org
3701 Wilshire Blvd., Suite 208
Los Angeles, CA 90010
Telephone: (213) 487-7211
Fax: (213) 487-0242

(Additional counsel on following page)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re 2025 Children's Hospital of Los Angeles Subpoena | Case No.: _____ <br><br> CLASS ACTION <br><br> **EXHIBITS 6-7 IN SUPPORT OF MOTION TO QUASH; MOTION TO PROCEED UNDER PSEUDONYM; AND MOTION FOR CLASS CERTIFICATION** |

1

**EXHIBITS 6-7 ISO MOTION TO QUASH; MOTION TO PROCEED UNDER PSEUDONYM; AND MOTION FOR CLASS CERTIFICATION**

**LAWYERS FOR GOOD GOVERNMENT**
Amy E. Powell, NC SBN 50300*
Email: amy@lawyersforgoodgovernment.org
Khadijah M. Silver, NY SBN 5473558*
Email: khadijah@lawyersforgoodgovernment.org
Alyssa F. Morrison, TX SBN 24110135*
Email: amorrison@lawyersforgoodgovernment.org
1319 F St. NW Ste 301
PMB 181
Washington, DC 20004

**IMPACT FUND**
Lori Rifkin, SBN 244081
Email: lrifkin@impactfund.org
Fawn Rajbhandari-Korr, SBN 315888
Email: fkorr@impactfund.org
Meredith Dixon, SBN 346864
Email: mdixon@impactfund.org
Megan Flynn, SBN 359394
Email: mflynn@impactfund.org
2080 Addison St., Suite 5
Berkeley, CA 94704
Telephone: (510) 845-3473
Fax: (510) 845-3654

*Attorneys for Moving Parties*

*\*Pro hac vice application forthcoming*

2

**EXHIBITS 6-7 ISO MOTION TO QUASH; MOTION TO PROCEED UNDER
PSEUDONYM; AND MOTION FOR CLASS CERTIFICATION**

# EXHIBIT 6

**WESTERN CENTER ON LAW & POVERTY**
Helen Tran, SBN 290731
Email: htran@wclp.org
David Kane, SBN 292186
Email: dkane@wclp.org
Joy Dockter, SBN 275196
Email: jdockter@wclp.org
Robert Newman, SBN 86534
Email: rnewman@wclp.org
3701 Wilshire Blvd., Suite 208
Los Angeles, CA 90010
Telephone: (213) 487-7211
Fax: (213) 487-0242

(Additional counsel on following page)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re 2025 Children's Hospital of Los Angeles Subpoena | Case No.: _____<br><br>CLASS ACTION<br><br>**DECLARATION OF LEGAL GUARDIAN FF IN SUPPORT OF MOTION TO QUASH; MOTION TO PROCEED UNDER PSEUDONYM; AND MOTION FOR CLASS CERTIFICATION** |

1

**DECLARATION OF LEGAL GUARDIAN FF**

**LAWYERS FOR GOOD GOVERNMENT**
Amy E. Powell, NC SBN 50300*
Email: amy@lawyersforgoodgovernment.org
Khadijah M. Silver, NY SBN 5473558*
Email: khadijah@lawyersforgoodgovernment.org
Alyssa F. Morrison, TX SBN 24110135*
Email: amorrison@lawyersforgoodgovernment.org
1319 F St. NW Ste 301
PMB 181
Washington, DC 20004

**IMPACT FUND**
Lori Rifkin, SBN 244081
Email: lrifkin@impactfund.org
Fawn Rajbhandari-Korr, SBN 315888
Email: fkorr@impactfund.org
Meredith Dixon, SBN 346864
Email: mdixon@impactfund.org
Megan Flynn, SBN 359394
Email: mflynn@impactfund.org
2080 Addison St., Suite 5
Berkeley, CA 94704
Telephone: (510) 845-3473
Fax: (510) 845-3654

*Attorneys for Moving Parties*

*Pro hac vice application forthcoming*

2

**DECLARATION OF LEGAL GUARDIAN FF**

49

5

## DECLARATION OF LEGAL GUARDIAN FF

I, Legal Guardian FF, declare as follows:

1. I am the legal guardian of Child FF, a minor currently under the age of 18 and who received gender-affirming care at Children's Hospital Los Angeles ("Children's Hospital") between January 1, 2020, and July 22, 2025, when Children's Hospital stopped providing this care.

2. I submit this Declaration in support of moving parties' motion to proceed under pseudonyms; motion to quash certain provisions in the recent subpoena reportedly served by the United States Department of Justice ("DOJ") on Children's Hospital regarding the provision of gender-affirming care; and motion for class certification. I make this declaration based on my own personal knowledge, and, if called as a witness, I could and would competently testify to the following:

3. Both Child FF and I are residents of Ventura County.

4. I have not shared information about Child FF's gender identity or medical treatment with DOJ, nor do I want to share this private information with DOJ.

5. Child FF received gender-affirming care at Children's Hospital as recommended by their healthcare providers.

6. During the course of Child FF's care at Children's Hospital, we visited with Children's Hospital providers once and met with no less than four medical professionals, including a physician, physician assistant, nurse, and clinical social worker. We additionally communicated with staff at Children's Hospital by telephone, email, and other forms of communications.

7. Throughout these visits and communications with Children's Hospital, Child FF and I disclosed sensitive private information about their mental health, gender identity, sexual health, other physical health issues, relationships with teachers in schools and with peers in and out of school, and family

1 relationships. We participated in a mental health assessment conducted by a

2 clinical social worker, discussed recommended treatment with a physician, and

3 discussed our concerns about the recommended treatment privately with Children's

4 Hospital medical providers.

5      8.      When we disclosed this information, we believed our disclosures were

6 private and would be kept confidential between us and our healthcare providers.

7 We shared this sensitive information with their doctor and other healthcare

8 professionals because we thought it was necessary for Child FF's medical care,

9 including diagnosis, treatment, treatment plan development, and other

10 recommendations for their health and well-being.

11      9.      Child FF was receiving hormone therapy from a clinic that was not

12 affiliated with Children's Hospital. That clinic referred Child FF to Children's

13 Hospital for top surgery, informing me that Children's Hospital provided some of

14 the best gender-affirming care in the area, even though it was far from our home in

15 Ventura County.

16      10.      At Children's Hospital, Child FF was scheduled to receive top surgery

17 in December 2025. Children's Hospital then called me to cancel this appointment

18 before it closed the Center for Transyouth Health and Development. Child FF was

19 very disappointed and sad about this cancellation. My child still gets sad and wants

20 us to leave the country due to the impact of this cancellation on their life.

21      11.      Child FF was covered by Medi-Cal during the course of their care at

22 Children's Hospital. To the best of my knowledge, Children's Hospital billed the

23 costs of these visits and other treatment to Medi-Cal.

24      12.      The federal administration, including the President of the United

25 States, has in this year alone issued several executive orders and policies declaring

26 gender-affirming care to be "mutilation" and "child abuse." These executive orders

27 and policies say being transgender is "wrong" and seek to eliminate the right of

28 transgender people to simply exist.

4

DECLARATION OF LEGAL GUARDIAN FF

13.     Based on these federal actions, disclosure of Child FF's medical records to DOJ and federal government would cause Child FF severe emotional distress and expose them to the possibility of bullying, harassment, discrimination, and violence.

14.     I am afraid Child FF will be discriminated against by the government if DOJ receives documents about their gender-affirming care or participation in this lawsuit. Already, this government will not use Child FF's correct gender marker on their passport. I fear the government could take away their Medi-Cal coverage and even force them through the dangerous practice of conversion therapy since the government is already denying the medical necessity of gender-affirming care for children and teenagers. I am afraid for the personal safety of myself and my family if these documents are provided to DOJ.

15.     I am also afraid that should negative actions to transgender care occur more widely, that Child FF will feel ostracized, not accepted, and that something is wrong with them—and that is the worst part.

16.     Additionally, I have seen news reports about Project 2025 and its recommendations to the federal government to pass laws that harm transgender people. President Trump and his Administration have adopted many of Project 2025's recommendations. This Administration does not want anyone who is different to exist in this country. Based on this news, I am afraid that documents turned over to DOJ about Child FF's healthcare will also be improperly turned over to other agencies and outside groups.

17.     I worry that due to Child FF's age that they are especially vulnerable to bullying in school if their information gets into the wrong hands. Such disclosure of my name or the disclosure of Child FF's name would cause us severe emotional distress and expose both of us to the possibility of bullying, harassment, discrimination, and violence from groups and people in the public who want to harm transgender people.

18.     Because of how our political climate is changing, I fear releasing Child FF's records or identity could have consequences that I don't know about yet.

19.     Our privacy would not be protected by redacting our names. During the course of Child FF's care, we disclosed innumerable sensitive, identifiable facts to Children's Hospital medical providers. As discussed above, this includes information about Child FF's relationships in school, legal guardian's occupation, neighborhood, family and friends, and more.

20.     In April 2025, after Child FF's surgery appointment was cancelled, I spoke with Dr. James Stein, Chief Medical Officer at Children's Hospital, by phone to express my disappointment.

21.     In July 2025, I mailed a letter to Children's Hospital requesting the hospital not disclose Child FF's medical records in response to the subpoena. Part of my letter stated:

> This is an immediate demand not to release or disclose any medical records referring to, relating to, or referencing our family members, including the Patient, to the US Dept. of Justice or any third party subpoenas, or other similar "Request to Examine" notice(s) that the Physicians and Healthcare Providers have received and/or may receive in future without prior my written consent.

I did not receive a response from Children's Hospital to this letter.

22.     I understand that DOJ has reserved the right to enforce the subpoena at any time and that they might do so without giving me any advance notice. I also understand that even if Children's Hospital has not already turned over Child FF's personal health information to DOJ, the hospital could turn over this information at any time.

23.     Given the federal government's ever-increasing attacks on transgender youth and adults and how much I already feel like Child FF and my family are being targeted, I do not feel like my family is safe as long as the

1 | subpoena is out there. I want to make sure Child FF's privacy rights are protected
2 | and do not feel comfortable knowing DOJ could go after our information at any
3 | time.

4 | 24.   I decided to participate in this action because I believe that people
5 | who seek gender affirming care should be able to trust that their medical records
6 | will not be turned over to the government for improper purposes, and I do not want
7 | people to fear seeking gender affirming care in the future.

8 | 25.   Despite these strong convictions, if we are not permitted to proceed
9 | under pseudonym, I will likely feel compelled to withdraw as a representative of
10 | this class and from this motion and abandon litigation in order to preserve the
11 | safety of our family.

12 | 26.   I understand that as a class representative, my job would be to
13 | advocate for what is best for all people who have sought or received gender
14 | affirming care at Children's Hospital, and not just myself. I am prepared to assume
15 | this responsibility.

16 | 27.   I also understand that I must stay informed about the lawsuit and
17 | consult with my attorneys. I have no conflicts or restrictions that would prevent me
18 | from taking on this important job.

19 |

20 | I declare under penalty of perjury under the laws of the United States of
21 | America that the foregoing is true and correct. Executed on November 15, 2025,
22 | in Ventura County, State of California.

23 |
24 |
25 |                                          *Legal Guardian FF*
26 |                                          Legal Guardian FF
27 |
28 |

7
DECLARATION OF LEGAL GUARDIAN FF

# EXHIBIT 7

1  **WESTERN CENTER ON LAW & POVERTY**
2  Helen Tran, SBN 290731
   Email: htran@wclp.org
3  David Kane, SBN 292186
   Email: dkane@wclp.org
4  Joy Dockter, SBN 275196
   Email: jdockter@wclp.org
5  Robert Newman, SBN 86534
   Email: rnewman@wclp.org
6  3701 Wilshire Blvd., Suite 208
   Los Angeles, CA 90010
7  Telephone: (213) 487-7211
   Fax: (213) 487-0242

8  (Additional counsel on following page)

9
   **UNITED STATES DISTRICT COURT**
10 **CENTRAL DISTRICT OF CALIFORNIA**

11

12 | In Re 2025 Children's Hospital of | Case No.: _____ |
   | Los Angeles Subpoena | |
13 | | CLASS ACTION |

14

15 **DECLARATION OF JOHANNA**
   **OLSON-KENNEDY, M.D., M.S., IN**
16 **SUPPORT OF MOTION TO**
   **QUASH; MOTION TO PROCEED**
17 **UNDER PSEUDONYM; AND**
   **MOTION FOR CLASS**
18 **CERTIFICATION**

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF JOHANNA OLSON-KENNEDY, M.D., M.S.**

**LAWYERS FOR GOOD GOVERNMENT**
Amy E. Powell, NC SBN 50300*
Email: amy@lawyersforgoodgovernment.org
Khadijah M. Silver, NY SBN 5473558*
Email: khadijah@lawyersforgoodgovernment.org
Alyssa F. Morrison, TX SBN 24110135*
Email: amorrison@lawyersforgoodgovernment.org
1319 F St. NW Ste 301
PMB 181
Washington, DC 20004

**IMPACT FUND**
Lori Rifkin, SBN 244081
Email: lrifkin@impactfund.org
Fawn Rajbhandari-Korr, SBN 315888
Email: fkorr@impactfund.org
Meredith Dixon, SBN 346864
Email: mdixon@impactfund.org
Megan Flynn, SBN 359394
Email: mflynn@impactfund.org
2080 Addison St., Suite 5
Berkeley, CA 94704
Telephone: (510) 845-3473
Fax: (510) 845-3654

*Attorneys for Moving Parties*

**Pro hac vice application forthcoming*

2

**DECLARATION OF JOHANNA OLSON-KENNEDY, M.D., M.S.**

57

13

## DECLARATION OF DR. JOHANNA OLSON-KENNEDY

I, Johanna Olson-Kennedy, M.D., M.S., declare as follows:

1.     I was the first Medical Director of the Center for Transyouth Health and Development when it was established at Children's Hospital Los Angeles in 2012. I remained the Transyouth Center's Medical Director until it closed on July 22, 2025. I have been providing gender affirming care to transgender youth and gender diverse children since 2006. If called as a witness, I could and would competently testify to the following.

### A.     Qualifications

2.     I am a double board-certified physician in Pediatrics and Adolescent Medicine. I specialize in the care of transgender youth and gender diverse children. I am an internationally recognized expert in this field.

3.     I received my Doctor of Medicine (M.D.) degree from the Chicago Medical School in 1997. In 2000, I completed my residency in Pediatrics at Children's Hospital of Orange County, California. In 2003, I completed a three-year fellowship in Adolescent Medicine at Children's Hospital Los Angeles

4.     I have been a licensed physician in California since 2000.

5.     I was the Medical Director of the Center for Transyouth Health in the Division of Adolescent Medicine at Children's Hospital Los Angeles in California. The Center was the largest clinic in the United States for transgender youth and gender diverse youth, providing them with both medical and mental health services, including consultation and support for families with transgender and gender diverse children; gender-affirming medical treatments, when indicated, including medications to suppress puberty in peri-pubertal youth (i.e., youth at the onset of puberty) and gender-affirming hormone used for masculinization or feminization; as well as surgical referrals when indicated. Under my direction, the Center conducted rigorous research aimed at understanding the experience of gender diversity and gender dysphoria from childhood through early adulthood.

6.    Over the course of my work with this population during the past nearly 20 years, I personally provided services for approximately 1,200 young people and their families, and, immediately prior to the Center's closure, had an active panel of around 550 patients of varying ages, up to 25 years old.

7.    I have been awarded research grants to examine the impact of early interventions including puberty-delaying medication (commonly known as  puberty blockers) and gender- affirming hormones on the physiological and psychosocial development of gender diverse and transgender youth.

8.    I have lectured extensively across the United States and internationally on the treatment and care of gender diverse children and transgender adolescents, the subjects including pubertal suppression, gender-affirming hormone therapy, transitioning teens and the adolescent experience, age considerations in administering hormones, and the need for, risks, and outcomes of hormonal treatments.

9.    I have published over 20 peer-reviewed journal articles on transgender health- related issues, as well as over two dozen additional publications, such as articles, chapters, and editorials, both peer-reviewed and non-peer-reviewed.

10.    I was the principal investigator on a multisite National Institutes of Health (NIH) grant that was in its tenth year examining the impact of gender-affirming medical care for transgender youth on physiologic and psychological health and well-being before being terminated by the NIH. The grant is ongoing but is no longer funded by the NIH. This was the first study of its kind in the U.S. to determine longitudinal outcomes among this population of vulnerable youth. The study to date has yielded approximately 28 manuscripts.

11.    I was a full Professor at the Keck School of Medicine at the University of Southern California and was attending physician at Children's Hospital Los Angeles prior to the shutting down of the Center.

4
DECLARATION OF DR. OLSON-KENNEDY

12.    I have been a member of the World Professional Association for Transgender Health ("WPATH") since 2010, and a Board Member of the U.S. Professional Association for Transgender Health ("USPATH") since 2017. In 2022, I was appointed to the Executive Board of the USPATH, and this year I assumed the presidency of the organization. I am also a member of the Society for Adolescent Health and Medicine and the American Academy of Pediatrics. In addition, I am a member of the LGBT Special Interest Group of the Society for Adolescent Health and Development.

13.    I am the 2014 Recognition Awardee for the Southern California Regional Chapter of the Society for Adolescent Health and Medicine.

14.    In 2019, I was invited by the University of Bristol as a Benjamin Meaker visiting professor, the purpose of which is to bring distinguished researchers from overseas to Bristol in order to enhance the research activity of the university.

15.    In 2025 I was given the Rand Schrader Award from the Los Angeles LGBT Center.

16.    My professional, experience, publications, and presentations are further detailed in my curriculum vitae ("CV"). A true and correct copy of my CV, last updated on March 28, 2025, prior to the closure of the Transyouth Center, is attached as **Exhibit A**.

B.    Observations and Opinions

17.    As the former Medical Director of the Transyouth Center, I am generally familiar with the care provided by the Transyouth Center and the range of physical and mental health needs of its former patients.

18.    The Transyouth Center treated children, adolescents, and young people up to the age of 25 years.

19.    The Transyouth Center provided multidisciplinary care, including medical care, mental health and behavioral health services, social work services, peer services, and some surgical services. Many transgender adolescents and young adults

do not have a regular primary care provider because of the stigma they experience when seeking medical care, so the Transyouth Center also provided what would be considered general medicine. For example, the Transyouth Center provided cervical screenings for young adults 21 years and older because some patients felt more comfortable there than at a typical OBGYN office.

20.    In my professional opinion, trust is the most important part of the physician-patient relationship when providing gender affirming care. As a provider, I want patients to feel comfortable in the clinical space.

21.    Confidentiality is also an important part of the physician-patient relationship. While at the Transyouth Center, my staff and I were extraordinarily vigilant about protecting patient health information and not disclosing this information to people other than the patient, the patient's designated family members, and their care team.

22.    Parents play a critical role in the medical care of minors by providing the legally and ethically required informed consent for minors to proceed with gender affirming care. At the Transyouth Center, all patients under 18 years were required to obtain parental consent to receive any treatment, except in the rare cases where a minor was emancipated. In my experience, parents were usually very involved in their children's care.

23.    Existing evidence demonstrates parental support is important for achieving good outcomes for minors with gender dysphoria. (Project, 2022; Ryan et al., 2010; Simons et al., 2013)[1] It is important to create environments where young people feel safe, supported, and nurtured. Parental involvement is critical in

---

[1] Project, T. T. (2022). [Research Brief]. https://www.thetrevorproject.org/wp-content/uploads/2022/05/May-Research-Brief-Supportive-Caregiver-Behavior.pdf
Ryan, C., Russell, S. T., Huebner, D., Diaz, R., & Sanchez, J. (2010). Family acceptance in adolescence and the health of LGBT young adults. *J Child Adolesc Psychiatr Nurs*, *23*(4), 205–213. https://doi.org/10.1111/j.1744-6171.2010.00246.x
Simons, L., Schrager, S. M., Clark, L. F., Belzer, M., & Olson, J. (2013). Parental support and mental health among transgender adolescents. *J Adolesc Health*, *53*(6), 791–793. https://doi.org/10.1016/j.jadohealth.2013.07.019

6
DECLARATION OF DR. OLSON-KENNEDY

1  minor patients' early visits for gender affirming care. It is common for providers
2  during appointments to address parent and patient fears and worries about their
3  children's health and outcomes.

4      24.    The Transyouth Center provided psychosocial education for patients
5  and their parents and families. This was done in partnership with licensed
6  behavioral health and mental health professionals. The goal of psychosocial
7  education as part of gender affirming care is to provide support, education, and
8  guidance to patients and their families. This includes understanding the
9  adolescent's gender history, how gender dysphoria is impacting their functioning,
10 patient and parent expectations, assessing knowledge about potential medical
11 interventions and multiple other aspects. This care is all provided in the privacy of
12 an exam or consultation room.

13     25.    It was common for adolescents at the Transyouth Center to receive a
14 HEADSSS assessment, which screens the following factors: Home environment,
15 Education and Employment, Eating, Peer-related Activities, Drugs, Sexuality,
16 Suicide/depression, and Safety from injury and violence.

17     26.    Based on these services and assessments provided to patients,
18 Children's Hospital's medical records included private information about a
19 patient's mental, physical, and sexual health, gender identity, fertility, school
20 relationships, and other deeply personal thoughts and feelings. Medical records also
21 contain personal information about parent occupation, financial status, and medical
22 history, as well as personal information about other members of the family,
23 relatives, and friends.

24     27.    The Transyouth Center used an AI-assisted tool to transcribe patient
25 visits such that providers were able to capture detailed notes about appointments,
26 diagnosis, and treatment in the hospital records system that might otherwise not
27 have been included in typical medical records.

28

7

DECLARATION OF DR. OLSON-KENNEDY

28.      Any disclosure of records containing documentation of patient care has the risk of being traceable back to the patient because of the relatively small number of transgender children and adolescents in Southern California and the specificity of their medical care.

29.      Young people with gender dysphoria have significantly more mental health vulnerabilities than other people their age. These youth have documented higher rates of depression, anxiety, and self-harm, as well as higher rates of suicidality and attempts. They also face more social isolation, school problems, and problems with self-esteem. (Achille et al., 2020; Allen, 2019; Becker-Hebly et al., 2021; Chen et al., 2023; Christiansen et al., 2021)[2]

30.      Because adolescence is a development and social experience in which conformity is a disproportionately high determinant of social success, school can feel like a very vulnerable space for all adolescents, but even more so for transgender youth. School is a particularly important environment for adolescents because they spend the majority of their time there. When a school environment turns hostile due to such events as the outing of a young person's transgender

[2] Achille, C., Taggart, T., Eaton, N. R., Osipoff, J., Tafuri, K., Lane, A., & Wilson, T. A. (2020). Longitudinal impact of gender-affirming endocrine intervention on the mental health and well-being of transgender youths: preliminary results. *Int J Pediatr Endocrinol*, *2020*, 8. https://doi.org/10.1186/s13633-020-00078-2

Allen, L. R., Watson, L.B., Egan. A.M., Moser, C.N. . (2019). Well-being and suicidality among transgender youth after gender-affirming hormones. *Clinical Practice in Pediatric Psychology*, *7*(3), 302–311.

Becker-Hebly, I., Fahrenkrug, S., Campion, F., Richter-Appelt, H., Schulte-Markwort, M., & Barkmann, C. (2021). Psychosocial health in adolescents and young adults with gender dysphoria before and after gender-affirming medical interventions: a descriptive study from the Hamburg Gender Identity Service. *Eur Child Adolesc Psychiatry*, *30*(11), 1755–1767. https://doi.org/10.1007/s00787-020-01640-2

Chen, D., Berona, J., Chan, Y.-M., Ehrensaft, D., Garofalo, R., Hidalgo, M. A., Rosenthal, S. M., Tishelman, A. C., & Olson-Kennedy, J. (2023). Psychosocial Functioning in Transgender Youth after 2 Years of Hormones. *New England Journal of Medicine*, *388*(3), 240–250. https://doi.org/10.1056/NEJMoa2206297

Christiansen, J., Qualter, P., Friis, K., Pedersen, S., Lund, R., Andersen, C., Bekker-Jeppesen, M., & Lasgaard, M. (2021). Associations of loneliness and social isolation with physical and mental health among adolescents and young adults. *Perspectives in Public Health*, *141*(4), 226–236. https://doi.org/10.1177/17579139211016077

1  status, bullying, and harassment, their learning process can be severely disrupted
2  and impaired.

3      31.    I have known many young transgender individuals who have
4  switched schools after being outed in order to escape bullying, harassment, verbal
5  and physical violence. Non-consensual disclosure has resulted in excessive
6  absences from school, development of panic attacks, emotional dysregulation and
7  subsequent educational impairment for many young people.

8      32.    I have encountered patients who will not report atrocious incidents of
9  sexual assault by other students to law enforcement because they believed their
10 perpetrators would reveal their transgender status in retaliation. This threat of being
11 outed by their perpetrators felt far worse than bypassing help or justice for crimes
12 committed against them. I have heard from more than one patient that disclosure of
13 their transgender status resulted in completely disruptive cyberbullying leading to
14 the development of anxiety, depression, and suicidality.

15      33.    I have also encountered young patients who experienced problems
16 solely because they willingly shared their transgender status at school or in the
17 community. Parents often advise their children not to be friends with transgender or
18 nonbinary children. Their peers still ask them questions such as, "Are you a boy or
19 a girl?" or even more invasive questions about their bodies or genitals.

20      34.    President Trump and his Administration have made it no secret they
21 want to eradicate transgender people by proclaiming that trans kids should not exist
22 and there are only two true sexes. I have observed that in this current political
23 climate, people feel that they have permission to be physically and emotionally
24 violent to transgender individuals.

25      35.    As a publicly recognized provider of gender-affirming care for
26 children and adolescents, I have received threats of physical harm, some specifying
27 to shoot me at the Transyouth Center, beat and maim me, tie me to a truck and drag
28 me around Los Angeles among others. Social media sites have referred to me as the

1   "number one" worst enemy, a groomer, and a liar among other vitriolic and violent

2   misrepresentations. I have also been subject to prejudicial comments, such as phone

3   calls and emails suggesting my medical license be revoked, that I am mutilating

4   children, and profiting deeply from these practices. My research and work have

5   been purposefully misrepresented among opposition groups and mainstream media

6   as harming children.

7       36.     Before the clinic was closed, people would show up at the Transyouth

8   Center voicing their opposition to its mission, harassing staff, and disrupting the

9   waiting room. An entire billboard was situated at the corner of Vermont and Sunset

10  (the location of Children's Hospital) implicating the institution and the Center of

11  damaging patients and causing "irreversible damage." Children's Hospital received

12  a bomb threat likely related to our work with transgender youth at the Center. As a

13  result of these threats, Children's Hospital arranged a security detail for my home

14  and strengthened security systems around the clinic adding cameras and delineating

15  rapid action plans in the face of potential violence onsite.

16      37.     I believe the vast majority of former patients of the Transyouth

17  Center and their families will not be able to afford the heightened security

18  protections that were offered to the clinic and me. I am deeply concerned about the

19  potential physical, emotional and psychological harm that could come to former

20  patients and their families if their information were to be disclosed to the public. I

21  firmly believe the hostilities that they and I have faced over the past several years

22  would be exponentially increased if their information was disclosed.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    I declare under penalty of perjury under the laws of the United States of

2  America that the foregoing is true and correct. Executed on November  17 , 2025,

3  in Los Angeles County, State of California.

4

5

6

7                              Johanna Olson-Kennedy, M.D., M.S.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

11

DECLARATION OF DR. OLSON-KENNEDY

66

22

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

## CURRICULUM VITAE
### JOHANNA OLSON-KENNEDY MS, MD
### MARCH 28, 2025

## EDUCATION AND PROFESSIONAL APPOINTMENTS

### EDUCATION:

| Year | Degree, Field, Institution, City |
|------|----------------------------------|
| 1992 | BA, Mammalian Physiology, UC San Diego, San Diego |
| 1993 | MS, Animal Physiology, The Chicago Medical School, Chicago |
| 1997 | MD, Medical Doctor, The Chicago Medical Shool, Chicago |
| 2015 | MS, Clinical and Biomedical Investigations in Translational Science, USC, Los Angeles |

### POST-GRADUATE TRAINING:

| Year-Year | Training Type, Field, Mentor, Department, Institution, City |
|-----------|-------------------------------------------------------------|
| 1997 - 1998 | Internship, Pediatrics, Children's Hospital Orange County, Orange |
| 1998 - 2000 | Residency, Pediatrics, Antonio Arrieta, Children's Hosptial Orange County, Orange |
| 2000 - 2003 | Fellowship, Adolescent Medicine, Children's Hospital Los Angeles, Los Angeles |
| 2012 - 2015 | Master's Degree, Clinical and Biomedical Investigations in Translational Science, USC |

### ACADEMIC APPOINTMENTS:

| Year-Year | Appointment | Department, Institution, City, Country |
|-----------|-------------|----------------------------------------|
| 2006 - 2016 | Assistant Professor of Clinical Pediatrics | Division of Adolescent Medicine, Children's Hospital Los Angeles/USC Keck School of Medicine, Los Angeles, USA |
| 2016 - 2023 | Associate Professor of Clinical Pediatrics | Division of Adolescent Medicine, Children's Hospital Los Angeles/USC Keck School of Medicine, Los Angeles, USA |
| 2023 - Present | Professor of Clinical Pediatrics | Division of Adolescent Medicine, Children's Hospital Los Angeles/USC Keck School of Medicine, Los Angeles, USA |

### CLINICAL/ADMINISTRATIVE APPOINTMENTS:

| 2008 - 2012 | Fellowship Director | Division of Adolescent Medicine, Children's Hospital Los Angeles, Los Angeles, USA |
| 2012 - present | Medical Director | The Center for Transyouth Health and Development, Division of Adolescent Medicine, Children's Hospital Los Angeles, Los Angeles, USA |
| 2021 - 2023 | Clinical consultant | Santa Barbara Neighborhood Clinics |

## LICENSURE, CERTIFICATIONS

### LICENSURE:

| Year | License number, State, Status |
|------|-------------------------------|
| 2000 | A-67352, California, Active |

### BOARD CERTIFICATION OR ELIGIBILITY:

| Year | Board, State, Status |
|------|----------------------|
| 2001, 2009, 2015 | Pediatrics, California, active |

### SPECIALTY CERTIFICATION:

| Year | Specialty Certification, Status |
|------|----------------------------------|
| 2003, 2013 | Adolescent Medicine, California, active |

## HONORS, AWARDS:

| Year | Description | Awarding agency, address, city |
|------|-------------|--------------------------------|
| 2009 | Health Care Advocacy Champion | Democratic Advocates for Disability Issues, Los Angeles |
| 2010 | Clinical Research Academic Career Development Award | Saban Research Center TSRI Program: Community Health Outcomes and Intervention, Los Angeles |
| 2012 | Extraordinary Service Award | Equality California, 202 W 1st St., Suite 3-0130, Los Angeles |
| 2013 | Top Doctor | Castle Connolly |
| 2014 | Anne Marie Staas Ally Award | Stonewall Democratic Club; 1049 Havenhurst Drive #325, West Hollywood |
| 2014 | Top Doctor | Castle Connolly |
| 2014 | Recognition Award for Outstanding, Compassionate and Innovative Service | SoCal Society for Adolescent Health and Medicine Regional Chapter, Los Angeles |
| 2015 | The Champion Award | The Division of Adolescent Medicine; CHAMPION FUND 5000 Sunset Blvd. Los Angeles |
| 2016 | America's Most Honored Professional's – Top 10% | America's Most Honored Professional's |
| 2016 | Regional Top Doctor | Castle Connolly |
| 2017 | Exceptional Women in Medicine | Castle Connolly |
| 2017 | Regional Top Doctor | Castle Connolly |
| 2017 | America's Most Honored Professional's – Top 5% | America's Most Honored Professional's |
| 2018 | Regional Top Doctor | Castle Connolly |
| 2019 | Benjamin Meaker Visiting Professorship | University of Bristol, Bristol UK |
| 2019 | Regional Top Doctor | Castle Connolly |
| 2019 | L.A's Top Docs | Los Angeles Magazine |
| 2019 | Top Docs | Pasadena Health |
| 2019 | America's Most Honored Professional's – Top 1% | America's Most Honored Professional's |
| 2020 | Regional Top Doctor | Castle Connolly |
| 2020 | Southern California Top Doc | Castle Connolly |
| 2020 | Southern California Top Doctors | |
| 2020 | L.A's Top Docs | Los Angeles Magazine |

| 2020 | America's Most Honored Professional's – Top 1% | America's Most Honored |
| 2021 | Southern California Top Doc | Castle Connolly |
| 2021 | America's Most Honored Doctors – Top 1% | America's Most Honored |
| 2021 | Top Doctors | Castle Connolly |
| 2022 | America's Most Honored Doctors – Top 1% | America's Most Honored |
| 2022 | Top Doctors | Castle Connolly |

## TEACHING

### DIDACTIC TEACHING:

*Keck School of Medicine at USC*

| Year-Year | Course Name | Units/Hrs | Role |
|-----------|-------------|-----------|------|
| 2019 | Puberty Suppression and Hormones; Medical Interventions for Transgender Youth | One hour | Curriculum development and delivery |
| 2020, 2021, 2022 | Approach to the Care of Gender Non-conforming Children and Transgender Youth | One hour | Curriculum development and delivery |
| 2023 | Transgender and Non-binary Youth and Young Adults 101 | One hour | Curriculum development and delivery |

*CalState Fullerton*

| Year-Year | Course Name | Units/Hrs | Role |
|-----------|-------------|-----------|------|
| 2017 | Gender Nonconforming and Transgender Youth | One hour | Curriculum development and delivery |

### UNDERGRADUATE, GRADUATE AND MEDICAL STUDENT (OR OTHER) MENTORSHIP:

| Year-Year | Trainee Name | Trainee Type | Dissertation/Thesis/Project Title |
|-----------|--------------|--------------|-----------------------------------|
| 2015 - 2016 | David Lyons | MD | Transgender Youth Clinical Clerkship |
| 2016 - 2019 | Jonathan Warus | MD | Chest Reconstruction and Chest Dysphoria in Transmasculine Minors and Young Adults: Comparisons of Nonsurgical and Postsurgical Cohorts |
| 2019 - 2021 | Laer Streeter | MD | Comparison of Histrelin Implants |
| 2020 - Present | Richard Mateo Mora | MD | Fertility Preservation Among Transgender Women |
| 2022 | Avery Everhart | PhD | Incomplete Data & Insufficient Methods: Transgender Population Health Research in the US |
| 2023-present | Kenedy Ramos | PsyD | Transyouth Sexual Functioning and Development |

**GRADUATE STUDENT THESIS, EXAM AND DISSERTATION COMMITTEES:**

| Year-Year | Trainee Name | Committee Type | Student Department |
|---|---|---|---|
| 2022 | Avery Everhart | Dissertation | Social Work |

**POSTGRADUATE MENTORSHIP:**

| Year-Year | Trainee Name | If past trainee, current position and location |
|---|---|---|
| 2012-2013 | Lisa Simons, MD | Clinical Instructor – Lurie Children's Hospital |
| 2013 | Shelley Aggarwal, MD | Clinical Instructor – Stanford University School of Medicine |
| 2014 | Julie Spencer, MD | Adolescent Medicine Provider Kaiser Hospital |
| 2014-2015 | Michael Haymer, MD | Program Director, Psychiatry Department UCLA |
| 2015-2017 | Patrick Shepherd, MD | CHLA Endocrinology Fellow |
| 2015-2018 | Jonathan Warus, MD | Faculty, CHLA/USC Keck School of Medicine |
| 2015-2020 | Shannon Dunlap, PhD | Postdoctoral Scholar - Research Associate, University of Southern California, Suzanne Dworak-Peck School of Social Work |
| 2020-Present | Marianela Gomez-Rincon, MD | Adolescent Medicine Fellow |
| 2020-Present | Jonathan Warus, MD | CHLA, Assistant Professor of Clinical Pediatrics |
| 2022 | Emmett Henderson, PhD, MS | USC Suzanne Dworak-Peck School of Social Work Senior mentor K99; USC |

**MENTORSHIP OF FACULTY:**

| Year-Year | Mentee Name | Mentee Department |
|---|---|---|
| 2021 - present | Jonathan Warus, MD | Division of Adolescent Medicine, CHLA |
| 2022 - present | Brigid Conn, PhD | Clinical Psychologist, CHLA |
| 2023 - present | Marianella Gomez, MD | Division of Adolescent Medicine, CHLA |

## SERVICE

**DEPARTMENT SERVICE:**

| Year-Year | Position, Committee | Organization/Institution |
|---|---|---|
| 2010-2015 | Secretary, The CHAMPION Fund Executive Board | The Division of Adolescent Medicine, Children's Hospital Los Angeles |

**HOSPITAL OR MEDICAL GROUP SERVICE:**

| Year-Year | Position, Committee | Organization/Institution |
|---|---|---|
| 2021 - present | Committee Member | SOGI work group, CHLA |

**PROFESSIONAL SERVICE:**

| Year-Year | Position, Committee | Organization/Institution |
|---|---|---|
| 2012-present | Member, LGBT Special Interest Group | Society for Adolescent Health and Medicine |
| 2016-present | Board Member | US Professional Association of Transgender Health |
| 2022 | Secretary, Executive Board of Directors | US Professional Association of Transgender Health |
| 2023 | President Elect | US Professional Association of Transgender Health |

**CONSULTANTSHIPS AND ADVISORY BOARDS:**

| Year | Position, Board | Organization/Hospital/School, Institution |
|---|---|---|
| 2010-2017 | Member, Advisory Board | Transyouth Family Allies |
| 2017-present | Member, National Medical Committee | Planned Parenthood |
| 2017 - Present | Board Member | US Professional Association of Transgender Health |
| 2021 | Expert Panelist | Robert Wood Johnson Foundation - National Commission on Data Transformation for Health Equity |
| 2021 | Member, Advisory Board | The National LGBTQIA+ Health Education Center |
| 2023 | Working Group Member; Expanding the Evidence Base in Gender-Affirming Care for Transgender and Gender Diverse Populations | NIH, Sexual & Gender Minority Research Office |
| 2023 | Consultant | Behavioral Health Excellence-Technical Assistance Center funded by the Health Resources and Services Administration (HRSA) to provide technical assistance, training, resources, tools, and consultation to their BHWET (Behavioral Health Workforce Education and Training), OWEP (Opioid Workforce Expansion Program) and GPE (Graduate Psychology Education) grantees. |

**PROFESSIONAL SOCIETY MEMBERSHIPS:**

| Year- Year | Society |
|---|---|
| 2003 - present | Society for Adolescent Health and Medicine |
| 2005 - present | American Academy of Pediatrics |
| 2006 - 2011 | Los Angeles Pediatric Society (Past president 2010) |
| 2010 - present | Professional Association for Transgender Health |
| 2014 - present | Society for Pediatric Research |
| 2017 - present | US Professional Association for Transgender Health |

**MAJOR LEADERSHIP POSITIONS: (E.G., DEAN, CHAIR, INSTITUTE DIRECTOR, HOSPITAL ADMINISTRATION, ETC.)**

**RESEARCH AND SCHOLARSHIP**

**EDITORSHIPS AND EDITORIAL BOARDS:**

| Year-Year | Position | Journal/Board Name |
|---|---|---|
| 2015 - present | Associate Editor | Journal of Transgender Health |

**MANUSCRIPT REVIEW:**

| Year-Year | Journal |
|---|---|
| 2014 - present | Pediatrics |
| 2014 - present | Journal of Adolescent Health |
| 2014 - present | LGBT Health |
| 2014 - present | International Journal of Transgenderi Health |
| 2015 - present | Journal of Transgender Health |
| 2018 - present | Clinical Child Psychology and Psychiatry |
| 2018 - present | Journal of Sexual Medicine |
| 2021 - present | JAMA Peds |

**GRANT REVIEWS:**

| Year | Description | Awarding agency, City, State, Country |
|---|---|---|
| 2017 | Cognition and Perception Study Section | National Institutes of Health, Bethesda, Maryland, USA |
| 2017 | Neurological, Aging and Musculoskeletal Epidemiology Study Section | National Institutes of Health, Bethesda, Maryland, USA |
| 2018 | Social Psychology, Personality and Interpersonal Processes Study Section | National Institutes of Health, Bethesda, Maryland, USA |
| 2018 | Neurological, Aging and Musculoskeletal Epidemiology Study Section | National Institutes of Health, Bethesda, Maryland, USA |
| 2019 | Special Emphasis Panel Review of Research Conference (R13) Grants | National Institutes of Health, Bethesda, Maryland, USA |
| 2019 | The Einstein Foundation Award for Promoting Quality in Research | Einstein Foundation, Berlin |
| 2020 | Biobehavioral and Behavioral Sciences Study Section | National Institutes of Health, Bethesda, Maryland, USA |
| 2021 | Social Psychology, Personality and Interpersonal Processes Study Section | National Institutes of Health, Bethesda, Maryland, USA |

**MAJOR AREAS OF RESEARCH INTEREST**

| Research Areas |
|---|
| 1. Transgender and non-binary children, adolescents and young adults |
| 2. HIV medication adherence |

**GRANT SUPPORT - CURRENT:**

| Grant No. (PI)2R01HD082554-06A1 (Olson-Kennedy) | Dates of Award: 2021-2026 |
|---|---|
| Agency: NICHD | Percent Effort 25% |

| Title: The Impact of Early Medical Treatment in Transgender Youth |
|---|
| Description: This is the continuations of a multicenter study, the first of its kind in the U.S. to evaluate the long-term outcomes of medical treatment for transgender youth. This study will provide essential, evidence-based information on the physiological and psychosocial impact, as well as safety, of hormone blockers and cross-sex hormones use in this population. |
| Role: Principle Investigator |
| Total Direct Costs: $4,918,586 |

| *Grant No.* 1R01HD097122-01 (Hidalgo) | *Dates of Award: 2019-2024* |
|---|---|
| *Agency: NICHD* | *Percent Effort 2.5%* |
| *Title:* A Longitudinal Study of Gender Nonconformity in Prepubescent Children | |
| *Description:* The purpose of this study is to establish a national cohort of prepubertal transgender/gender nonconforming (TGNC) children (and their parents), and longitudinally observe this cohort to expand the body of empirical knowledge pertaining to gender development and cognition in TGNC children, their mental health symptomology and functioning over time, and how family-initiated social gender transition may predict or alleviate mental health symptoms and/or diagnoses. | |
| *Role: Site PI* | |
| *Total Direct Costs:* $2,884,950 | |

| *Grant No. LGBT Health Equity* | *Dates of Award: 2023-2025* |
|---|---|
| *Agency: California Department of Public Health* | *Percent Effort 10%* |
| *Title:* Beliefs, Knowledge, and Attitudes of Pediatric Primary Care Providers Serving Latine Communities Regarding Gender-Affirming Care for Minors | |
| *Description: This study aims to better understand the current barriers facing Latine pubertal TGNB youth and their parents/caretakers in accessing gender affirming care, assess the attitudes, beliefs, knowledge, perspectives, and comfort level of pediatric primary care providers serving people in predominately Latine communities regarding TGNB youth.* | |
| *Role: Principle Investigator* | |
| *Total Direct Costs: $237,857* | |

**GRANT SUPPORT - PAST:**

| *Grant No. (PI)* 1RO1HD082554-01A1 | *Dates of Award: 2015-2020* |
|---|---|
| *Agency: NICHD* | *Percent Effort 45%* |
| *Title:* The Impact of Early Medical Treatment in Transgender Youth | |
| *Description:* This is a multicenter study, the first of its kind in the U.S. to evaluate the long-term outcomes of medical treatment for transgender youth. This study will provide essential, evidence-based information on the physiological and psychosocial impact, as well as safety, of hormone blockers and cross-sex hormones use in this population. | |
| *Role: Principle Investigator* | |
| *Total Direct Costs:* $4,631,970 | |
| Grant No. (COI) R01AI128796-01 | Dates of Award: 2/24/17-1/31/18 |
| Agency: NIAID | Percent Effort: 5% |
| Title: Maturation, Infectibility and Trauma Contributes to HIV Susceptibility in Adolescents | |
| Description: This proposal explores the overarching hypothesis that fluctuations in sex steroid levels and mucosal trauma (sexual activity) are key determinants of mucosal immune activation and epithelial integrity, and that microbial communities are central to these processes. We will pursue this hypothesis by examining longitudinal changes in the anogenital microbiome as well as protein expression at these mucosal sites during sexual maturation (cisgender youth) and in hormonally-controlled sexual maturation (transgender youth). Associations between sex steroid levels, microbial community composition, mucosal trauma, and vaginal proteins will be determined and modeled. | |

| | |
|---|---|
| *Role:* Co-Investigator | |
| *Total Direct Costs:* $44,816 | |

| | |
|---|---|
| *Grant No. (PI)* U01HD040463 | *Dates of Award* 2006 − 2016 |
| *Agency:* NIH/NICHD | *Percent Effort:* 10% |
| *Title:* Adolescent Medicine Trials Network for HIV/AIDS | |
| *Description:* Adolescent Medicine Trials Network for HIV/AIDS | |
| *Role:* Co-Investigator | |
| *Total Direct Costs:* 2,225,674 | |

| | |
|---|---|
| *Grant No. (PI)* SC CTSI 8KL2TR000131 | *Dates of Award: 2012-2014* |
| *Agency:* KL2 Mentored Career Research Development Program of the Center for Education, Training and Career Development | *Percent Effort: 37.5%* |
| *Title:* The Impact of Hormone Blockers on the Physiologic and Psychosocial Development of Gender Non-Conforming Peri-Pubertal Youth | |
| *Description: This study aimed to understand the impact of puberty blocking medications on mental health and physiolgic parameters in peri-pubertal transgender youth.* | |
| *Role: Principal Investigator* | |
| *Total Direct Costs:* 191,525 | |

**Invited Lectures, Symposia, keynote addresses**

| *Date* | *Type* | *Title, Location* |
|---|---|---|
| 2014 | Invited Lecture | Transgender Youth; Needs, Risks, Outcomes and the Role of the System, Including Permanency and Inclusion for Our Youth, Administrative Office of the Courts, Center for Families and Children, San Diego, California |
| 2015 | Invited Lecture | Caring for Gender Non-Conforming and Transgender Youth, Lopez Family Foundation Special Lecture for Puerto Rico and Panama, Lopez Family Foundation, Children's Hospital Los Angeles, Los Angeles, California |
| 2015 | Symposium | Transgender Youth − An Overview of Medical and Mental Health Needs of Gender Non-Conforming Children and Transgender Adolescents, Public Child Welfare Training Academy, Academy for Professional Excellence at San Diego State University School of Social Work, San Diego, California |
| 2015 | Invited Lecture | Meeting the Needs of Transgender Adolescents; 1st Annual Southern California LGBT Health Symposium; USC/UCLA, Los Angeles, California |
| 2015 | Symposium | Transgender Youth; An Overview of Medical and Mental Health Needs of Gender Non-conforming Children and Transgender Adolescents; GetReal California's Initiative; "Integrating Sexual Orientation, Gender Identity, and Expression (SOGIE) into California's Child Welfare System," Oakland, California |
| 2016 | Invited Symposium | Caring for Gender Nonconforming and Transgender Youth; Idyllwild, California |
| 2016 | Educational symposium | Gender 101: A Primer; Vista Mar, California |

| 2016 | Invited Lecture | Caring for Gender Non-conforming Children and Teens in the New Millennium - A Multidisciplinary Team Approach, California Association of Marriage and Family Therapists, Los Angeles, California |
|------|----------------|-----|
| 2016 | Invited Lecture | Caring for Gender Nonconforming Children and Transgender Youth, California Psychological Association, Continuing Education Institute, Irvine, California |
| 2016 | Invited Lecture | Health Issues Related to Transgender Youth; LA City Health Commission, Los Angeles, California |
| 2016 | Invited Lecture | Caring for Gender Nonconforming and Transgender Youth, Medical Directors 12th Annual Update on Reproductive Health and Medical Leadership, Planned Parenthood, Steamboat Springs, Colorado |
| 2016 | Invited Lecture | Caring For Transgender Teens, UCLA Meet the Professor, Los Angeles, CA |
| 2017 | Symposium | Caring for Gender Non-Conforming and Transgender Youth, TransYouth Care, Santa Barbara, CA |
| 2017 | Invited Lecture | Healthcare for TGNC Youth, Expanding Competency for LGBT Youth in the System Conference, Center for Juvenile Justice Reform, Washington DC |
| 2017 | Invited Lecture | Gender Non-conforming and Transgender Children and Youth; Center for Early Education, West Hollywood, CA |
| 2017 | Invited Lecture | Gender Non-Conforming Children and Transgender Youth, Board of Behavioral Sciences, Orange, CA |
| 2017 | Invited Lecture | Puberty Suppression and Hormones; Medical Interventions for Transgender Youth, Santa Monica Rape Treatment Center, Santa Monica, CA |
| 2017 | Invited Lecture | Transgender Youth Care in the New Millennium, USC Law and Global Health Initiative, Los Angeles, CA |
| 2018 | Invited Lecture | Supporting Gender Diverse and Transgender Youth: A Deeper Look at Gender Dysphoria, Invited lecture, Oakwood School, Studio City, California, 2018 |
| 2018 | Invited Lecture | Working with Trans and Gender Non-Conforming Youth, Children's Hospital Orange County, CA |
| 2018 | Invited Lecture | Caring for gender Non-conforming and Transgender Youth and Young Adults, Ascend Residential, Encino CA |
| 2018 | Invited Lecture | Caring for gender Non-conforming and Transgender Youth and Young Adults, California State University Northridge, Northridge, CA |
| 2018 | Invited Lecture | Gender Dysphoria; School Nurse Association of Idaho Annual Conference, School Nurse Association of Idaho Association, Boise Idaho |
| 2018 | Invited Lecture | Gender and What You Should Know, Archer School for Girls, Brentwood, CA |
| 2018 | Symposium | Caring for Gender Non-Conforming and Transgender Youth, TransYouth Care, Oceanside, CA |
| 2018 | Invited Lecture | Gender Dysphoria: Beyond the Diagnosis, Advance LA Thriving Through Transitions Conference, The Help Group, Los Angeles, California |
| 2018 | Invited Lecture | Caring for Gender Non-Conforming and Transgender Youth, Andrology Society of America Clinical Symposium, Andrology Society of America, Portland, Oregon |
| 2018 | Symposium | Caring for Gender Non-Conforming and Transgender Youth, TransYouth Care, Los Angeles, CA |
| 2018 | Invited Lecture | Caring for Gender Non-Conforming and Transgender Youth, Center for Early Education, Los Angeles, CA |
| 2019 | Symposium | The Care of Trans and Gender Non-Conforming Youth and Young Adults, Cal State Los Angeles, California |

| 2019 | Symposium | The Care of Trans and Gender Non-Conforming Youth and Young Adults, Claremont Colleges, California |
|---|---|---|
| 2019 | Symposium | TransYouth Care; Flagstaff, AZ |
| 2019 | Invited Lecture | Transgender and Gender Non-conforming Youth, Invited lecture, Elevations Residential Treatment, Salt Lake City, Utah |
| 2019 | Invited Lecture | Gender Diverse and Transgender Youth; What Pediatricians Should Know, Common Problems in Pediatrics Conference, Utah AAP, Utah |
| 2019 | Invited Lecture | Caring for Gender Diverse and Transgender Youth, Grand Rounds, UCLA Olive View, CA |
| 2019 | Invited Lecture | Caring for Gender Diverse and Transgender Youth, Grand Rounds, Good Samaritan, Los Angeles, California |
| 2019 | Invited Lecture | Puberty Suppression in Youth with Gender Dysphoria, Fenway Trans Health Program, Boston |
| 2019 | Invited Lecture | Recognizing the Needs of Transgender Youth, California Department of Corrections and Rehabilitation, Ventura, CA |
| 2019 | Invited Lecture | Gender Dysphoria; Beyond the Diagnosis, Gender Education Demystification Symposium, Gender Education and Demystification, Atlanta, Georgia |
| 2019 | Invited Lecture | Caring for Gender Nonconforming and Transgender Youth, Los Angeles Superior Court/Los Angeles Bar Association Training, CA |
| 2019 | Invited Lecture | Supporting Gender Diverse and Transgender Youth; A Deeper Look at Gender Dysphoria, Oakwood School, CA |
| 2020 | Symposium | Trans Youth Care, Chico Transgender Week, Virtual Presentation |
| 2020 | Invited Lecture | Gender Nonconforming and Transgender Youth, Novartis, Virtual Presentation |
| 2020 | Invited Lecture | Advanced Hormones; More than Just T and E, CHLA, Virtual Presentation |
| 2020 | Invited Lecture | Video Telehealth and Transgender Youth, Telehealth Best Practices for the Trans Community, The Central Texas Transgender Health Coalition, Virtual Presentation |
| 2020 | Invited Lecture | Gear Talk, Transforming Families, Virtual Lecture |
| 2020 | Invited Lecture | Tips for Parenting a Trans or Gender Diverse Youth, Models of Pride, Virtual Presentation |
| 2020 | Invited Lecture | Caring for Gender Diverse and Transgender Youth, LGBTQ+ Clinical Academy, Palo Alto University, Virtual presentation |
| 2020 | Invited Lecture | Medical Interventions for transgender youth, Cal State Los Angeles, Los Angeles |
| 2020 | Plenary Session | Understanding Issues Involving Gender Non-Conforming and Transgender Individuals Coming to a Courtroom Near You,  Mid-Winter Workshop for Judges of the Ninth Circuit, Palm Springs, CA |
| 2021 | Invited Lecture | Gender Affirmation through a Social Justice Lens; Center for Gender Equity in Medicine and Science (GEMS) at Keck School of Medicine, Los Angeles |
| 2021 | Invited Lecture | Introduction to the Care of Gender Diverse and Transgender Youth, Providence Medical Group – South Bay Pediatrics (Torrance, San Pedro, Redondo Beach), virtual lecture |
| 2021 | Invited Lecture | Caring for Gender Diverse and Transgender Youth. San Luis Obispo Acceptance, Cal Poly, Virtual Presentation |

| 2022 | Invited Lecture | Transgender and Non-binary children and youth, Board of Behavioral Sciences |
|------|-----------------|------------------------------------------------------------------------------|
| 2022 | Invited Lecture | Gender Affirmation through a Social Justice Lens; University of Arizona Health Sciences LGBTQ+ Symposium & Health Fair |
| 2022 | Invited Lecture | Gender Dysphoria in Children, Adolescents and Young Adults, MedLambda and Psych SIG Keck USC School of Medicine, Virtual Lecture |
| 2022 | Invited Lecture | Caring for Transgender and Gender Nonconforming Youth, Presbyterian Healthcare Services, New Mexico, Virtual lecture |
| 2022 | Invited Lecture | Transgender and Non-Binary Youth, Rogers Behavioral Health, Virtual Lecture |
| 2023 | Invited Lecture | Transgender and Non-binary Youth and Young Adults 101, When Healthcare Gets Political; Health Justice and Systems of Care course, Keck USC School of Medicine, Los Angeles |
| 2023 | Invited Lecture | Transgender and Non-Binary Youth; Navigating Gender Care in 2023, Improving Outcomes Conference, UC Davis, Sacramento, CA |
| 2023 | Invited Lecture | Gender Affirming Medical and Mental Health Care for Transgender Adolescents, California Association of Marriage and Family Therapists Annual Conference, Santa Clara, CA |
| 2023 | Invited Lecture | Trans Youth Care in 2023; What's New, What's Not, Behavioral Health Excellence-Technical Assistance Center |
| 2023 | Invited Lecture | Pharmacology for Transgender Children and Adolescents, NICHD Pediatric Clinical Pharmacological Lecture Series, May 2023 |
| 2023 | Invited Lecture | The Transyouth Center for Health and Development at CHLA, USC Ellison Institution, Pride Week, June 2023 |
| 2023 | Invited Lecture | Transgender Youth Care, Congressional Research Service, Washington DC |
| 2023 | Invited Lecture | Caring for Gender Diverse and Transgender Youth, LGBTQ+ Clinical Academy, Palo Alto University, Virtual presentation |
| 2024 | Symposium | Comprehensive Approach to the Care of Gender Non-conforming and Transgender Youth, Trusted Provided Network, virtual training |
| 2024 | Invited Lecture | Results to Date from the Trans Youth Care Study; CHLA Science Dinner Night, CHLA, Los Angeles |
| 2024 | Invited Lecture | Fibromyalgia, Faculty/Fellow meeting, CHLA DAYAM, Los Angeles |

**Invited Grand Rounds, CME Lectures**

| *Date* | *Type* | *Title, Location* |
|--------|--------|-------------------|
| 2014 | Grand Rounds | Caring for Gender Non-conforming Children and Teens in the New Millennium - A Multidisciplinary Team Approach; Seattle Children's Hospital, Seattle, Washington |
| 2014 | CME lecture | Transgender Youth; An Overview of Medical and Mental Health Needs of Gender Non-conforming Children and Transgender Adolescents; Eisenhower Medical Center Transgender Health Symposium, Palm Springs, California |
| 2014 | Grand Rounds | Toddlers to Teens: Comprehensive Health Care for the Transgender Child, Cultural Psychiatry Lecture Series, University of Iowa Carver College of Medicine, Iowa City, Iowa |
| 2014 | Grand Rounds | Caring for Gender Non-conforming Children and Teens in the New Millennium; A Multidisciplinary Team Approach, Children's Hospital Los Angeles, Los Angeles, California |

| 2014 | CME lecture | Difficult Cases, Gender Spectrum Family Conference, Gender Spectrum, Moraga, California |
|------|-------------|-----------------------------------------------------------------------------------------|
| 2014 | CME lecture | Cross-sex Hormones for Teenagers, How Young is Too Young? Philadelphia Trans Health Conference, Philadelphia, Pennsylvania |
| 2014 | CME lecture | Pediatric Update, Philadelphia Trans Health Conference, Philadelphia, Pennsylvania |
| 2015 | Grand Rounds | Caring for Gender Nonconforming and Transgender Youth, Stanford Division of Adolescent Medicine, Palo Alto, CA |
| 2015 | CME Educational Lecture | Update on the Transgender Patient for the PCP, St. Joseph's Providence, Burbank, CA |
| 2015 | CME Educational Lecture | Caring for Gender Non-Conforming Children and Transgender Teens, Providence Tarzana, CA |
| 2015 | Grand Rounds | Caring for Gender Nonconforming and Transgender Youth, University of Southern California, Los Angeles, California |
| 2015 | Grand Rounds | Puberty Blockers and Cross Sex Hormones, Pediatric Endocrinology, Children's Hospital Los Angeles, Los Angeles, California |
| 2015 | CME lecture | Youth and Hormones, 2015 Gender Expansion Conference, University of Montana, Missoula Montana |
| 2015 | CME lecture | Transyouth Healthcare, 2015 Gender Expansion Conference, University of Montana, Missoula Montana |
| 2015 | CME lecture | Supporting Transgender Youth, Southern Oregon University Student Health and Wellness Center Workshop, Southern Oregon University, Ashland, Oregon |
| 2015 | PCS Grand Rounds | Caring for Gender Nonconforming Children and Transgender Youth, Children's Hospital Los Angeles, Los Angeles, California |
| 2015 | CME lecture | Medical Care for Gender Non-Conforming Children, Transgender Adolescents and Young Adults in the New Millennium, Continuing Medical Education of Southern Oregon, Medford, Oregon |
| 2015 | Grand Rounds | Medical Care for Gender Non-Conforming Children and Transgender Youth, Olive View Medical Center-UCLA, Sylmar, California |
| 2015 | Grand Rounds | Caring for Gender Non-conforming Children and Transgender Teens, Harbor-UCLA Department of Pediatrics, Torrance, California |
| 2015 | CME lecture | Caring for Gender Non-conforming Children and Teens in the New Millennium, Healthcare Partners Pediatric Town Hall Meeting, Healthcare Partners CME, Glendale, California |
| 2016 | Pediatric Grand Rounds | Puberty Suppression and Hormones; Medical Interventions for Transgender Youth; Children's Hospital Los Angeles, Los Angeles, California |
| 2016 | Endocrine Grand Rounds | Approach to Care of Gender Non-Conforming Children and Transgender Adolescents; Cedars Sinai Hospital, Los Angeles, California |
| 2016 | Pediatric Grand Rounds | Care of Gender Non-Conforming Children and Transgender Adolescents in the New Millennium, Stanford Lucille Packard Children's Hospital, Palo Alto, California |
| 2016 | Pediatric Update | Caring for Gender Variant Children and Adolescents, Pediatric Update for the Primary Provider, Children's Hospital St. Louis, St. Louis, Missouri |
| 2016 | Grand Rounds | Care of Gender Non-Conforming Children and Transgender Adolescents in the New Millennium, St. Jude's Grand Rounds, Memphis, Tennessee |

| 2016 | CME Educational Lecture | Transgender and Gender Non-Conforming Youth: Innovative Approaches to Care in 2016; Integrating Substance Use, Mental Health, and Primary Care Services: Courageous and Compassionate Care, Los Angeles, California |
| --- | --- | --- |
| 2016 | CME; professional conference | Caring for Gender Non-conforming Children and Teens in the New Millennium - A Multidisciplinary Team Approach, Arizona Psychiatric Society, Tempe, Arizona |
| 2016 | CME/Educational Symposium | Caring for Gender Nonconforming and Transgender Youth, San Diego, California |
| 2016 | CME/CEU Educational Training | Medical Interventions for Transgender Youth and Young Adults, San Diego State University, San Diego, California |
| 2016 | Grand Rounds | Caring for Gender Nonconforming Children and Transgender Youth, Mt. Sinai Hospital, Pediatric Grand Rounds George J. Ginandes Lecture, New York, New York |
| 2016 | CME Educational Lecture | The Transgender Experience, Providence Tarzana, CA |
| 2017 | CME Educational Seminar | Caring for Gender Non-Conforming and Transgender Youth, TransYouth Care, San Diego, CA |
| 2017 | CME Educational Seminar | The Care of Gender Non-Conforming children and Transgender Youth; Orange County Health Care Agency, Orange County, CA |
| 2017 | CME Educational Lecture | Rethinking Gender, Adolescent Grand Rounds, Children's Hospital Los Angeles, Los Angeles, CA |
| 2017 | CME Educational Lecture | Gender Non-Conforming Children and Transgender Youth, CME lecture for OB/Gyn, Omnia-Prova Education Collaborative, inc. Pasadena, California |
| 2017 | CME Educational Lecture | Gender Non-Conforming and Transgender Children and Adolescents, Developmental Pediatrics continuing education lecture, Children's Hospital Los Angeles, CA |
| 2017 | CME Educational Lecture | Care of Gender Non-Conforming Children and Transgender Adolescents, Lopez Family Foundation Educational Lecture, Los Angeles, CA |
| 2017 | CME Educational Lecture | Puberty Suppression and Hormones; Medical Interventions for Transgender Youth, USC Keck School of Medicine Reproductive Health, Los Angeles, CA |
| 2017 | CME Educational Seminar | Caring for Gender Non-Conforming and Transgender Youth, TransYouth Care, San Diego, CA |
| 2018 | CME Symposium | Caring for Gender Nonconforming and Transgender Youth, Glendale Unified School District, CA |
| 2018 | CME Educational Lecture | Caring for Gender Non-Conforming Children and Transgender Youth, CME by the Sea, CA |
| 2018 | CME Symposium | Caring for Gender Non-Conforming and Transgender Youth, TransYouth Care, Austin, TX |

| 2018 | CME Educational Lecture | Approach to the Care of Gender Non-Conforming Children and Transgender Youth, Desert Oasis Healthcare, Palm Desert, CA |
|------|------|------|
| 2018 | CME Workshop | Mental and Medical Healthcare for Transgender Adolescents, California Association of Marriage and Family Therapists, Garden Grove, CA |
| 2018 | CME Educational Lecture | Approach to the Care of Gender Non-Conforming Children and Transgender Youth, Keck School of Medicine, Los Angeles, CA |
| 2018 | Grand Rounds | Caring for Gender Non-Conforming Children and Transgender Adolescents, Primary Children's Hospital, Salt Lake City, UT |
| 2018 | CME Educational Lecture | Caring for Transgender Youth, Chico Trans Week, Chico, CA |
| 2018 | CME Educational Lecture | Rethinking Gender, UCSD Medical School, San Diego, CA |
| 2018 | CME Educational Lecture | Rethinking Gender, UCLA Medical School, Los Angeles, CA |
| 2019 | Symposium | Recognizing the Needs of Transgender Youth, California Department of Corrections and Rehabilitation, Stockton, CA |
| 2019 | Symposium | The Care of Trans and Gender Non-Conforming Youth and Young Adults, Cal State Los Angeles, California |
| 2019 | Symposium | The Care of Trans and Gender Non-Conforming Youth and Young Adults, Claremont Colleges, California |
| 2019 | CME Lecture | Gender Diverse and Transgender Youth, Harbor UCLA Medical Center Grand Rounds, Torrance, CA |
| 2019 | CME Lecture | Gender Dysphoria – Beyond the Diagnosis, Gender Odyssey San Diego, San Diego, CA |
| 2019 | Grand Rounds | Transgender Youth; What's New in 2019?, Children's Hospital Los Angeles, CA |
| 2019 | CME Symposium | Caring for Gender Nonconforming and Transgender Youth, Children's Hospital Orange County, CA |
| 2019 | CME Symposium | Caring for Gender Nonconforming and Transgender Youth, Stanislaus County Behavioral Health and Recovery Services, CA |
| 2019 | CME Eduational Lecture | Rethinking Gender, Olive View Medical Center Grand Rounds, CA |
| 2020 | CME Lecture | Gender Affirmation Through a Social Justice Lens, SAHM Conference, Virtual Presentation |
| 2020 | CME Lecture | Introduction to the Care of Gender Diverse and Transgender Youth, AAP Conference, Virtual Lecture |
| 2020 | CME Lecture | Conversations with LGBTQ youth; the role of the pediatrician, AAP Conference, Virtual Lecture |
| 2020 | Grand Rounds | Creating Affirming Environments for Trans and Gender Diverse Patients, USC OB/Gyn Grand Rounds, Virtual Presentation |
| 2020 | CME Lecture | Introduction to the Care of Gender Diverse and Transgender Youth, Resident Lecture, CHLA |

| 2020 | CME Lecture | Introduction to the Care of Gender Diverse and Transgender Youth, Facey Medical Group, Los Angeles, CA |
|---|---|---|
| 2020 | Plenary Lecture | Reframing Gender Dysphoria, LEAH Conference, Los Angeles, CA |
| 2020 | CME Lecture | Gender Affirming Care for Pre and Peri-pubertal Trans and Gender Diverse Youth, LEAH Conference, Los Angeles, CA |
| 2020 | CME Lecture | Introduction to the Care of Gender Diverse and Transgender Youth, Division of Endocrinology, USC, Los Angeles, CA |
| 2021 | CME Lecture | Transitioning from Invalidation and Trauma to Gender Affirming Care; ACCM Grand Rounds, Children's Hospital Los Angeles, Virtual presentation |
| 2021 | CME Symposium | TransYouth Care; Transfamily Support San Diego, Virtual Symposium |
| 2021 | Symposium | TransYouth Care for Parents; Santa Clara, CA |
| 2022 | CME Lecture | Gender affirming medical interventions; An Evolving landscape, Critical Issues in Child and Adolescent Mental Health Conference, San Diego, California |
| 2022 | CME Symposium | TransYouth Care for Mental Health Providers; Santa Clara, CA |
| 2022 | CME Symposium | TransYouth Care; Transfamily Support San Diego, Virtual Symposium |
| 2023 | CME Lecture | Transgender Patients, Unique Considerations, Scripps Mercy Hospital, Virtual Symposium, Aug 2023 |
| 2023 | Mini-symposium | Developmental Trajectories and Medical Decisions; Transitions in Childhood and Adolescents and Young Adults, USPATH Conference, Weminister CO |
| 2024 | Workshop | Developmental Trajectories and Medical Decisions; Transitions in Childhood and Adolescents and Young Adults, Society for Adolescent Health and Medicine Conference, San Diego, CA |
| 2024 | Symposium | TransYouth Care; Transfamily Support San Diego, Virtual Symposium |
| 2024 | Symposium | Comprehensive Approach to the Care of Gender Nonconforming and Transgender Youth, County of Santa Clara Behavioral Health Services Department, virtual lecture |
| 2024 | CME lecture | Caring for Transgender and Non-Binary Individuals in the Setting of SAFEs, County of Santa Clara Behavioral Health Services Department, virtual lecture |
| 2024 | CME lecture | Gender Affirming Care in the Adolescent Population, LA Symposium in Reconstructive Plastic Surgery, Los Angeles, CA |

**International Lectures**

| *Date* | *Type* | *Title, Location* |
|---|---|---|
| 2013 | Keynote | Caring for Gender Non-conforming Children and Adolescents in the New Millennium, Vancouver, Canada |
| 2016 | CME; professional conference | Social Transitions in Pre-pubertal Children; What do we know? World Professional Association of Transgender Health, Amsterdam, The Netherlands |

| 2016 | CME; professional conference | Beyond Male and Female; Approach to Youth with Non-Binary Gender Identities, World Professional Association of Transgender Health, Amsterdam, The Netherlands |
|------|------------------------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 2016 | CME; professional conference | Workgroup on Gender Nonconforming/Transgender Youth:  Biopsychosocial Outcomes and Development of Gender Identity, World Professional Association of Transgedner Health, Amsterdam, The Netherlands |
| 2017 | Invited Lecture | Gender Dysphoria, Beyond the Diagnosis, Pink Competency, Oslo Norway |
| 2017 | Invited Lecture | Caring for Gender Non-Conforming Children and Transgender Adolescents: A United States Perspective, Pink Competency, Oslo Norway |
| 2017 | Invited Lecture | Caring for Gender Non-conforming and Transgender youth and Young Adults, Diverse Families Forum: The Importance of Family Support in The Trans and LGBT Children, Organized by COPRED and The International Association Of Families For Diversity (FDS), Mexico City, Mexico |
| 2018 | Invited Lecture | Chest Reconstruction and Chest Dysphoria in Transmasculine Adolescents and Young Adults: Comparison of Nonsurgical and Postsurgical Cohorts, Buenos Aires, Argentina |
| 2018 | Invited Lecture | Transgender Youth and Gender Affirming Hormones; A 6-8 year follow-up, Buenos Aires, Argentina |
| 2018 | Invited Lecture | Transyouth Care – An NIH Multisite Study About the Impact of Early Medical Treatment in Transgender Youth in the US, Buenos Aires, Argentina |
| 2018 | Invited Lecture | Uso de Hormonas Reaffirmantes de Genero en Adolescentes Transgenero, Trans Amor Congreso Nacional de Transexualidad Juvenil y Infantos, Monterey, Mexico |
| 2018 | Invited Lecture | Bloqueadores de la Pubertad, Trans Amor Congreso Nacional de Transexualidad Juvenil y Infantos, Monterey, Mexico |
| 2018 | CME Educational Lecture | Puberty Blockers and Gender Affirming Hormones for Transgender Youth: What Do We Know, and What Have We Learned, Pediatric Academic Societies, Toronto, Canada |
| 2019 | Grand Rounds | Rethinking Gender, Grand Rounds, The Hospital for Sick Children, Toronto, Canada |
| 2019 | Keynote | ***Gender Dysphoria; Beyond the Diagnosis,*** Promoting Innovation and Collaboration to Support Gender Diverse Youth Conference, The Hospital for Sick Children, Toronto, Canada, December 2019 |
| 2019 | Invited Lecture | Hormonas que Affirman el Genero pasa Juventud y Adultos Menores Trans, Transformando Desde el Amor y Las Familias, Colombia |
| 2019 | Invited Lecture | Infancia Trans y da Genero Diverso, Transformando Desde el Amor y Las Familias, Colombia |
| 2019 | Invited Lecture | Transgender Youth: Medical and Mental Health Needs, Bristol, United Kingdom |
| 2019 | Invited Lecture | Rethinking Gender, University of Bristol, United Kingdom |

| 2019 | CME; professional conference | Male Chest Reconstruction and Chest Dysphoria in Transmasculine Adolescents and Young Adults, European Professional Association of Transgender Health, Rome Italy |
|------|------|------|
| 2019 | CME; professional conference | Transgender Youth and Gender Affirming Hormones; 5-7 Year Follow Up, European Professional Association of Transgender Health, Rome Italy |
| 2019 | CME Educational Lecture | Gender Dysphoria; Beyond the Diagnosis, European Professional Association of Transgender Health, Rome Italy |
| 2022 | Plenary Session | The Landscape of Gender Affirming Care for Youth in the US, AusPATH, Virtual |
| 2022 | CME; professional conference | Emotional Functioning of Adolescents with Gender Dysphoria After Two Years of Treatment; WPATH Conference, Montreal, Canada |
| 2022 | CME; Professional Conference | Creating Enduring Materials; WPATH Conference, Montreal, Canada |

**Keynote/Plenary Presentations**

| Date | Type | Title, Location |
|------|------|------|
| 2015 | Keynote | The Future of Trans Care in the New Millennium, Gender Infinity Conference, Houston, Texas |
| 2016 | Plenary Session | Caring for Trans Youth and Gender Non-Conforming Children, Transgender Spectrum Conference, St. Louis, Missouri |
| 2017 | Invited Lecture | Rethinking Gender, Keynote, Annual Convocation Welcome Luncheon for the LGBTA Community, University of Massachusetts, Worcester, Massachusetts, 2017 |
| 2018 | Keynote | Future Directions, USPATH, Washington DC |
| 2019 | Keynote | Gender Dysphoria; A Deeper Dive Beyond the Diagnosis, Inaugural LGBTQ summit, Santa Clara CA |
| 2021 | CME; professional conference | Advances and Challenges in the Care of Transgender/Gender Diverse Youth; USPATH Conference, Virtual presentation |
| 2022 | Keynote | Gender Affirmation Through a Social Justice Lens, Indiana University School of Medicine |
| 2022 | Invited Lecture | Transgender and Non-Binary Youth, Supporting the Well-Being of LGBTQ Youth Certificate Program Center for Juvenile Justice Reform Georgetown University, virtual training |
| 2022 | Invited Lecture | Transgender and Non-Binary Youth, Young Women's Career Conference (YWCC) for the Girls Academic Leadership Academy; virtual lecture |
| 2023 | Plenary | TransYouth Care Network; An Update on the Research, USPATH Conference, Westminister, CO |

**PUBLICATIONS:**

**\* INDICATES TRAINEES**
**\*\* INDICATE YOURSELF AS CO-FIRST OR CO-CORRESPONDING OR SENIOR AUTHORS**

REFEREED JOURNAL ARTICLES:

1. Belzer M, Sanchez K, **Olson J**, Jacobs AM, Tucker D. J Pediatr Adolesc Gynecol. 2005 Oct;18(5):347-54. PubMed PMID: 16202939.

2. Puccio JA, Belzer M, **Olson J**, Martinez M, Salata C, Tucker D, Tanaka D. AIDS Patient Care STDS. 2006 Jun;20(6):438-44. PubMed PMID: 16789857.

3. **Olson J\*\***, Forbes C, Belzer M. Management of the transgender adolescent. Arch Pediatr Adolesc Med. 2011 Feb;165(2):171-6. doi: 10.1001/archpediatrics.2010.275. Review. PubMed PMID: 21300658.

4. Simons L\*, Schrager SM, Clark LF, Belzer M, **Olson J\*\***. Parental support and mental health among transgender adolescents. J Adolesc Health. 2013 Dec;53(6):791-3. DOI: 10.1016/j.jadohealth.2013.07.019. Epub 2013 Sep 4. PubMed PMID: 24012067; PubMed Central PMCID: PMC3838484.

5. Belzer ME, Naar-King S, **Olson J**, Sarr M, Thornton S, Kahana SY, Gaur AH, Clark LF; Adolescent Medicine Trials Network for HIV/AIDS Interventions. The use of cell phone support for non-adherent HIV-infected youth and young adults: an initial randomized and controlled intervention trial. AIDS Behav. 2014 Apr;18(4):686-96. doi: 10.1007/s10461-013-0661-3. PubMed PMID: 24271347; PubMed Central PMCID: PMC3962719.

6. **Olson J\*\***, Garofalo R. The peripubertal gender-dysphoric child: puberty suppression and treatment paradigms. Pediatr Ann. 2014 Jun;43(6):e132-7. doi: 10.3928/00904481-20140522-08. PMID: 24972421.

7. **Olson J\*\***, Schrager SM, Clark LF, Dunlap SL, Belzer M. Subcutaneous Testosterone: An Effective Delivery Mechanism for Masculinizing Young Transgender Men. LGBT Health. 2014 Sep;1(3):165-7. doi: 10.1089/lgbt.2014.0018. Epub 2014 Jun 26. PMID: 26789709.

8. Schrager SM, **Olson J**, Beharry M\*, Belzer M, Goldsich K\*, Desai M, Clark LF, J Fam Plann Reprod Health Care. 2015 Jan;41(1):33-7. doi: 10.1136/jfprhc-2013-100617. Epub 2014 Jan 24. PubMed PMID: 24465024.

9. Belzer M, Kolmodin MacDonell K, Clark L, Huang J, **Olson J**, Kahana S, Naar S, Sarr M, Thornton S. Acceptability and Feasibility of a Cell Phone Support Intervention for Youth Living with HIV with Nonadherence to Antiretroviral Therapy, AIDS Patient Care and STDs, Vol. 29, No. 6, June 2015: 338-345. doi: 10.1089/apc.2014.0282; PMID: 25928772

10. Klein DA, Ellzy JA, **Olson J\*\***. Care of a Transgender Adolescent. Am Fam Physician. 2015 Jul 15;92(2):142-8. PMID: 26176373.

11. **Olson J\*\***, Schrager SM, Belzer M, Simons LK\*, Clark LF. Baseline Physiologic and Psychosocial Characteristics of Transgender Youth Seeking Care for Gender Dysphoria. J Adolesc Health. 2015 Oct;57(4):374-80. doi: 10.1016/j.jadohealth.2015.04.027. Epub 2015 Jul 21. PMID: 26208863; PMCID: PMC5033041.

12. **Olson-Kennedy J\*\***, Cohen-Kettenis PT, Kreukels BP, Meyer-Bahlburg HF, Garofalo R, Meyer W, Rosenthal SM. Research priorities for gender nonconforming/transgender youth: gender identity development and biopsychosocial outcomes. Curr Opin Endocrinol Diabetes Obes. 2016 Apr;23(2):172-9. doi: 10.1097/MED.0000000000000236. PMID: 26825472; PMCID: PMC4807860.

13. **Olson-Kennedy J\*\***, Okonta V, Clark LF, Belzer M. Physiologic Response to Gender-Affirming Hormones Among Transgender Youth. J Adolesc Health. 2018 Apr;62(4):397-401. doi: 10.1016/j.jadohealth.2017.08.005. Epub 2017 Oct 19. PMID: 29056436; PMCID: PMC7050572.

14. **Olson-Kennedy J\*\***, Warus J\*, Okonta V, Belzer M, Clark LF. Chest Reconstruction and Chest Dysphoria in Transmasculine Minors and Young Adults: Comparisons of Nonsurgical and Postsurgical Cohorts. JAMA Pediatr. 2018 May 1;172(5):431-436. doi: 10.1001/jamapediatrics.2017.5440. PMID: 29507933; PMCID: PMC5875384.

15. Sayegh CS, MacDonell KK, Clark LF, Dowshen NL, Naar S, **Olson-Kennedy J**, van den Berg JJ, Xu J, Belzer M. The Impact of Cell Phone Support on Psychosocial Outcomes for Youth

Living with HIV Nonadherent to Antiretroviral Therapy. AIDS Behav. 2018 Oct;22(10):3357-3362. doi: 10.1007/s10461-018-2192d-4. PMID: 29948339; PMCID: PMC6530981.

16. Pang KC, Notini L, McDougall R, Gillam L, Savulescu J, Wilkinson D, Clark BA, **Olson-Kennedy J**, Telfer MM, Lantos JD. Long-term Puberty Suppression for a Nonbinary Teenager. Pediatrics. 2020 Feb;145(2):e20191606. doi: 10.1542/peds.2019-1606. PMID: 31974217.

17. **Olson-Kennedy J\*\***, Chan YM, Garofalo R, et al. Impact of Early Medical Treatment for Transgender Youth: Protocol for the Longitudinal, Observational Trans Youth Care Study. JMIR Res Protoc. 2019;8(7):e14434. Published 2019 Jul 9. doi:10.2196/14434; PMID: 31290407

18. Rider, G. N., Berg, D., Pardo, S. T., **Olson-Kennedy, J.**, Sharp, C., Tran, K. M., Calvetti, S., & Keo-Meier, C. L. (2019). Using the Child Behavior Checklist (CBCL) with transgender/gender nonconforming children and adolescents. *Clinical Practice in Pediatric Psychology, 7*(3), 291–301.

19. **Olson-Kennedy J\*\***, Chan YM, Rosenthal S, Hidalgo MA, Chen D, Clark L, Ehrensaft D, Tishelman A, Garofalo R. Creating the Trans Youth Research Network: A Collaborative Research Endeavor. Transgend Health. 2019 Nov 1;4(1):304-312. doi: 10.1089/trgh.2019.0024. PMID: 31701011; PMCID: PMC6830532.

20. Lee JY, Finlayson C, **Olson-Kennedy J**, Garofalo R, Chan YM, Glidden DV, Rosenthal SM. Low Bone Mineral Density in Early Pubertal Transgender/Gender Diverse Youth: Findings from the Trans Youth Care Study. Journal of the Endocrine Society. 2020 September 1;4(9):bvaa065. PMID: 32832823; PMCID: PMC7433770; DOI: 10.1210/jendso/bvaa065

21. Millington K, Schulmeister C, Finlayson C, Grabert R, **Olson-Kennedy J**, Garofalo R, Rosenthal SM, Chan YM. Physiological and Metabolic Characteristics of a Cohort of Transgender and Gender-Diverse Youth in the United States. J Adolesc Health. 2020 Sep;67(3):376-383. doi: 10.1016/j.jadohealth.2020.03.028. Epub 2020 May 14. PMID: 32417098; PMCID: PMC7483238.

22. Pang KC, Notini L, McDougall R, Gillam L, Savulescu J, Wilkinson D, Clark BA, **Olson-Kennedy J**, Telfer MM, Lantos JD. Long-term Puberty Suppression for a Nonbinary Teenager. Pediatrics. 2020 Feb;145(2):e20191606. doi: 10.1542/peds.2019-1606. PMID: 31974217.

23. **Olson-Kennedy J\*\***, Streeter LH\*, Garofalo R, Chan YM, Rosenthal SM. Histrelin Implants for Suppression of Puberty in Youth with Gender Dysphoria: A Comparison of 50 mcg/Day (Vantas) and 65 mcg/Day (SupprelinLA). Transgender health. 2021 February;6(1):36-42. PMID:33644320; PubMed Central PMCID: PMC7906230; DOI:10.1089/trgh.2020.0055.

24. Millington K, Finlayson C, **Olson-Kennedy J**, Garofalo R, Rosenthal SM, Chan YM. Association of High-Density Lipoprotein Cholesterol With Sex Steroid Treatment in Transgender and Gender-Diverse Youth. JAMA pediatrics. 2021 May 1;175(5):520-521. PMID: 33587098; PMCID: PMC7885095; DOI: 10.1001/jamapediatrics.2020.5620.

25. Chen D, Abrams M, Clark L, Ehrensaft D, Tishelman AC, Chan YM, Garofalo R, **Olson-Kennedy J**, Rosenthal SM, Hidalgo MA. Psychosocial Characteristics of Transgender Youth Seeking Gender-Affirming Medical Treatment: Baseline Findings from the Trans Youth Care Study. The Journal of adolescent health: official publication of the Society for Adolescent Medicine. 2021 June;68(6):1104-1111. PMID: 32839079; PMCID: PMC7897328; DOI: 10.1016/j.jadohealth.2020.07.033.

26. Julian JM, Salvetti B, Held JI, Murray PM, Lara-Rojas L, **Olson-Kennedy J\*\***. The Impact of Chest Binding in Transgender and Gender Diverse Youth and Young Adults. J Adolesc Health. 2021 Jun;68(6):1129-1134. doi: 10.1016/j.jadohealth.2020.09.029. Epub 2020 Oct 27. PMID: 33121901.c

27. Millington, K., et al. (2022). "The effect of gender-affirming hormone treatment on serum creatinine in transgender and gender-diverse youth: implications for estimating GFR." Pediatr Nephrol **37**(9): 2141-2150. PMID: 35083530

28. Schulmeister C, Millington K, Kaufman M, Finlayson C, **Olson-Kennedy J**, Garofalo R, Chan YM, Rosenthal SM. Growth in Transgender/Gender-Diverse Youth in the First Year of Treatment

With Gonadotropin-Releasing Hormone Agonists. J Adolesc Health. 2022 Jan;70(1):108-113. doi: 10.1016/j.jadohealth.2021.06.022. Epub 2021 Jul 24. PMID: 34315674; PMCID: PMC9673472.

29. Chen, D., Berona J, Yee-Ming C, Ehrensaft D, Garofalo R, Hidalgo M, Rosenthal S, Tishelman A, **Olson-Kennedy J** (2023). "Psychosocial Functioning in Transgender Youth after 2 Years of Hormones." New England Journal of Medicine **388**(3): 240-250. PMID: 36652355

30. Conn BM, Chen D, **Olson-Kennedy J**, Chan YM, Ehrensaft D, Garofalo R, Rosenthal SM, Tishelman A, Hidalgo MA. High Internalized Transphobia and Low Gender Identity Pride Are Associated With Depression Symptoms Among Transgender and Gender-Diverse Youth. J Adolesc Health. 2023 Jun;72(6):877-884. doi: 10.1016/j.jadohealth.2023.02.036. Epub 2023 Apr 10. PMID: 37045610; PMCID: PMC10243649.

31. Ashley, F., Tordoff, D. M., Olson-Kennedy, J., & Restar, A. J. (2023). Randomized-controlled trials are methodologically inappropriate in adolescent transgender healthcare. *International Journal of Transgender Health*, 25(3), 407–418.

32. Vance SR Jr, Chen D, Garofalo R, Glidden DV, Ehrensaft D, Hidalgo M, Tishelman A, Rosenthal SM, Chan YM, **Olson-Kennedy J**, Sevelius J. Mental Health and Gender Affirmation of Black and Latine Transgender/Nonbinary Youth Compared to White Peers Prior to Hormone Initiation. J Adolesc Health. 2023 Aug 22:S1054-139X(23)00333-6. doi: 10.1016/j.jadohealth.2023.06.022. Epub ahead of print. PMID: 37610390.

33. Dunlap, S.L., Goldbach, J.T., **Olson-Kennedy, J.** *et al.* How in God's Name Are We Going to Navigate This? : Parent Support for Transgender Adolescents. *J Child Fam Stud* (2023).

34. Warus J, Hidalgo MA, Belzer M, **Olson-Kennedy J.** J Adolesc Health. 2024 Jan;74(1):205-207. doi: 10.1016/j.jadohealth.2023.07.013. Epub 2023 Sep 9.PMID: 37690011

35. Millington K, Lee JY, **Olson-Kennedy J,** Garofalo R, Rosenthal SM, Chan YM. Laboratory Changes During Gender-Affirming Hormone Therapy in Transgender Adolescents. Pediatrics. 2024 May 1;153(5):e2023064380. doi: 10.1542/peds.2023-064380. PMID: 38567424; PMCID: PMC11035161.

36. Hidalgo MA, Chen D, Tishelman AC, **Olson-Kennedy J**, Chan YM, Garofalo R, Petras H, Rosenthal SM, Ehrensaft D, Childhood Gender Diversity and Mental Health: Protocol for the Longitudinal, Observational Gender Journey Project JMIR Res Protoc 2024;13:e55558 doi: 10.2196/55558  PMID: 39121472

37. Hodson N, Millington K, Hyland P, Williams CR, Garofalo R, Rosenthal SM, **Olson-Kennedy J**, Chan, Y, Physical Activity Among Youth Receiving Gender-Affirming Treatment in the United States. *Transgender health*. Published online 2024. doi:10.1089/trgh.2022.0155

38. **Olson-Kennedy J,** Wang L, Wong CF, Chen D, Ehrensaft D, Hidalgo MA, Tishelman AC, Chan Y, Garofalo R, Radix AE, Rosenthal SM, Emotional Health of Transgender Youth 24 Months After Initiating Gender-Affirming Hormone Therapy, Journal of Adolescent Health, 2025, ISSN 1054-139X, (https://www.sciencedirect.com/science/article/pii/S1054139X24005664)

39. Parchem, B., Berona, J., Coyne, C.A., Moskowitz, J.T., Chan, Y.M., Ehrensaft, D., Garofalo, R., Hidalgo, M.A., Olson-Kennedy, J., Rosenthal, S.M., Tishelman, A.T., & **Chen, D.** (In press). Minority stress, mental health, and substance use in transgender youth: Positive affect as a moderator. *Journal of Pediatric Psychology*

**REFEREED REVIEWS, CHAPTERS, AND EDITORIALS:**

1. Belzer ME, **Olson J\*\***. Adherence in Adolescents: A Review of the literature. Adolescent Medicine: State of the Art Reviews.  Evaluation and Management of Adolescent Issues. American Academy of Pediatrics 2008:1999-117.

2. Hidalgo M, Ehrensaft E, Tishelman A, Clark LF, Garofalo R, Rosenthal SM, Spack NP, **Olson J**; The Gender Affirmative Model: What We Know and What We Aim to Learn. *Human Development* 1 October 2013; 56 (5): 285–290.

3. Forcier M, **Olson J\*\***, Transgender and Gender Nonconforming Youth, AM:STARs Hot Topics in Adolescent Health: Adolescent Medicine State of the Art Reviews, 25(2), August 2014  ; PMID: 27132320

4. **Olson J\*\*,** Transgender Youth and Young Adults. In: Neinstein's Adolescent and Young Adult Health Care: A Practical Guide, 6th edition, Lippincott Williams and Wilkins, 2015

5. **Olson-Kennedy J\*\***. Mental Health Disparities Among Transgender Youth: Rethinking the Role of Professionals. JAMA Pediatr. 2016 May 1;170(5):423-4. doi: 10.1001/jamapediatrics.2016.0155. PMID: 26998945.

6. Clark BA, Virani A, Ehrensaft D, **Olson-Kennedy J**. Resisting the Post-Truth Era: Maintaining a Commitment to Science and Social Justice in Bioethics. Am J Bioeth. 2019 Jul;19(7):W1-W3. doi: 10.1080/15265161.2019.1618951. PMID: 31237512.

7. **Olson-Kennedy J\*\***. The Care of Gender Non-Conforming and Transgender Youth. Lavin N, Manual of Endocrinology and Metabolism, 5th Edition, Wolters Kluwer, 2019

8. **Olson-Kennedy J\*\***. When the Human Toll of Conversion Therapy Is Not Enough. JAMA Pediatr. 2022 May 1;176(5):450-451. doi: 10.1001/jamapediatrics.2022.0049. PMID: 35254396.

9. Turban JL, Brady C, **Olson-Kennedy J**. Understanding and Supporting Patients with Dynamic Desires for Gender-Affirming Medical Interventions. *JAMA Netw Open*. 2022;5(7):e2224722. doi:10.1001/jamanetworkopen.2022.24722; PMID: 35877127

**NON-REFEREED JOURNAL ARTICLES, REVIEWS, OR OTHER COMMUNICATIONS:**

1. **Olson, J\*\*.** Lesbian, gay, bisexual, transgender, queer youth and the internet- a virtual closet or cornucopia? – California Pediatrician, Jan 2011
2. Hildago MA, Ehrensaft D, Tishelman AC, Clark LF, Garofalo R, Rosenthal SM, Spack NP, **Olson J\*\*.** The gender affirmative model: What we know and what we aim to learn. *Human Development*, 2013, 3: 285-290. Edited manuscript; senior author
3. **Olson-Kennedy, J\*\***, 2018. "Hot Topics and Fresh Paradigms in Gender, Diversity, and Care", AM:STARs: LGBTQ Youth: Enhancing Care For Gender and Sexual Minorities, American Academy of Pediatrics Section on Adolescent Health
4. **Olson J\*\***, Forcier M, Overview of the management of gender nonconformity in children and adolescents, In: UpToDate, Post TW (Ed), UpToDate, Waltham, MA Role: co-first authored manuscript – drafting and editing.
5. Forcier M, **Olson J\*\***, Overview of gender development and clinical presentation of gender nonconformity in children and adolescents, In: UpToDate, Post TW (Ed), UpToDate, Waltham, MA. Role: co-first authored manuscript – drafting and editing.

ABSTRACTS AND PRESENTATIONS:

1. Beharry M*, **Olson J\*\***, Men and the Morning After, poster presented at the Society for Adolescent Health and Medicine, Toronto, 2010.

2. **Olson J\*\***, Clark L, Schrager S, Simons L, Belzer M, Baseline Characteristics Of Transgender Youth Naïve To Cross Sex Hormone Therapy, J Adol Health, February 2013 (Vol. 52, Issue 2, Supplement 1, Pages S35-S36, DOI: 10.1016/j.jadohealth.2012.10.086)

3. **Olson J**, Transgender Youth; An Overview of Medical and Mental Health Needs of Gender Non-conforming Children and Transgender Adolescents, Models of Pride, Los Angeles LGBT Center's LifeWorks, Los Angeles, CA, 2014

4. **Olson J**, Transitioning Teens and the Adolescent Experience, Gender Spectrum Family Conference, Gender Spectrum, Moraga, CA, 2014

5. **Olson J**, Outside of the Gender Binary: Defining and Caring for Non-Binary Identified Youth, Gender Spectrum Family Conference, Gender Spectrum, Moraga, CA, 2014

6. **Olson J**, Medical Care of Transgender Adolescents, Cross sex Hormones, Gender Infinity Conference, Houston, TX, 2014

7. **Olson J**, Cross Sex Hormone Therapy for Transgender Teens, Southern Comfort Conference, Atlanta, GA, 2014

8. **Olson J**, Puberty Suppression, Southern Comfort Conference, Atlanta, GA, 2014

9. **Olson J**, Medical Treatment of Gender Nonconforming and Transgender Youth, Chico Trans* Week, Stonewall Alliance & Chico California Association of Marriage and Family Therapists, Chico, CA

10. **Olson J**, Transgender Youth 101, Stonewall LGBT Health Symposium, Los Angeles, CA, 2014

11. **Olson J**, Gender Non-conforming Children and Transgender Adolescents, EDGY Conference, Los Angeles, CA, 2015

12. **Olson J**, Gender Non-conforming Children and Transgender Teens, Chico Trans Week, Stonewall Alliance Center of Chico, Chico, CA, 2015

13. **Olson J**, Cross-sex Hormones for Transgender Youth, Transgender Health and Education Alliance Family Conference, Atlanta, Georgia, 2015

14. **Olson J**, Puberty Suppression in Gender Non-conforming Children, Gender Odyssey Conference, Gender Odyssey, Seattle, WA, 2014

15. **Olson J**, Cross sex Hormones, Gender Odyssey Conference, Gender Odyssey, Seattle, WA, 2014

16. **Olson J**, Just a Boy, Just a Girl, Gender Spectrum, Gender Spectrum Professional Conference, Moraga, California, 2015

17. **Olson J**, Transition for Teens and Young Adults, Gender Infinity Provider and Advocacy Day, Gender Infinity Conference, Houston, TX, 2015

18. **Olson J**, Puberty Blockers and Hormone Therapy, Gender Infinity Conference, Houston, TX, 2015

19. **Olson J**, Just a Boy, Just a Girl; Gender Odyssey Conference, Seattle, WA, 2015

20. **Olson J**, Puberty Blockers and Cross Sex Hormones, Gender Odyssey Conference, Seattle, WA, 2015

21. **Olson J**, Outside of the Binary, Gender Odyssey Conference, Seattle, WA, 2015

22. **Olson J**, Outside of the Gender Binary: Defining and Caring for Non-Binary Identified Youth, Gender Spectrum, Gender Spectrum Family Conference, Moraga, CA, 2015

23. **Olson, J**, Caring for Youth with Gender Dysphoria, Pediatric Academic Societies Annual Meeting, Pediatric Academic Societies, San Diego, California, 2015

24. **Olson-Kennedy J**, Parents of Trans and Gender Fluid Youth, Models of Pride, Los Angeles, CA, 2016

25. **Olson-Kennedy J**, Caring for Gender Nonconforming and Transgender Youth, Intersections in Queer Health, SoCal LGBT Health Conference, Irvine, CA, 2016

26. **Olson-Kennedy J**, Outside of the Binary; Care for Non-Binary Adolescents and Young Adults, US Professional Association of Transgender Health, Los Angeles, CA, 2016

27. **Olson-Kennedy J**, Gender Nonconforming Children and Adolescents, AAP National Conference, San Francisco, California, 2016

28. **Olson-Kennedy J**, Masculinizing Hormone Therapy, Gender Infinity, Houston Texas, 2016

29. **Olson-Kennedy J**, Just a Boy, Just a Girl, Houston, Gender Infinity, Houston Texas, 2016

30. **Olson-Kennedy J**, Puberty Blockers, Houston, Gender Infinity, Houston Texas, 2016

31. **Olson-Kennedy J**, Gender Affirming Hormone Therapy for Adolescents and Young Adults, Gender Infinity, Houston Texas, 2016

32. **Olson-Kennedy J**, Feminizing Hormone Therapy, Gender Infinity, Houston Texas, 2016

33. **Olson-Kennedy J**, Models of Care & Legal Issues Related to Consent, Gender Infinity, Houston Texas, 2016

34. **Olson-Kennedy J**, Defining and Caring for Non-binary Identified Youth, Gender Infinity, Houston   Texas, 2016

35. **Olson-Kennedy J**, Beyond Male and Female; Approach to Youth with Non-Binary Gender Identities; Gender Spectrum, Moraga, California, 2016

36. **Olson-Kennedy J,** Meier, C, TYFA Research: Demographics of a US sample of Two Cohorts of Gender Non-conforming Children, Gender Odyssey, Seattle, WA 2016

37. **Olson-Kennedy J,** Gender Affirming Hormones; Gender Odyssey, Seattle, WA 2016

38. **Olson-Kennedy J,** Beyond Male and Female; Approach to Youth with Non-Binary Gender Identities; Gender Odyssey, Seattle, WA, 2016

39. **Olson-Kennedy J,** Puberty Suppression; What When and How?; Gender Odyssey, Seattle, WA, 2016

40. **Olson-Kennedy J,** Care of Gender Nonconforming Children and Adolescents, Southeastern Transgender Health Summit, Asheville, North Carolina, 2016

41. **Olson-Kennedy J,** Puberty Suppression in the United States; practice models, lessons learned, and unanswered questions, US Professional Association of Transgender Health, Los Angeles, CA 2017

42. **Olson-Kennedy J,** Puberty Suppression in the United States; practice models, lessons learned, and unanswered questions, US Professional Association of Transgender Health, Los Angeles, CA 2017

43. **Olson-Kennedy J,** "Just a Boy, Just a Girl" Gender Infinity, Houston TX 2017

44. **Olson-Kennedy J,** Chest Dysphoria – The Impact of Male Chest Reconstruction, Gender Infinity, Houston TX 2017

45. **Olson-Kennedy J,** Outside of the Binary; Care for Non-Binary Adolescents and Young Adults, Gender Infinity, Houston TX 2017

46. **Olson-Kennedy J,** Puberty Blockers; What, When and How, Gender Infinity, Houston TX 2017

47. **Olson-Kennedy J,** Gender Non-Conforming Children and Transgender Youth; Integrated Care Conference, Los Angeles, CA, 2017

48. **Olson-Kennedy J,** Gender Non-Conforming and Transgender Children and Adolescents; A Multidisciplinary Approach, California Psychiatric Association Annual Conference, Yosemite, CA, 2017

49. **Olson-Kennedy J,** Gender Dysphoria; Beyond the Diagnosis, Models of Pride, Los Angeles, CA

50. **Olson-Kennedy J,** Puberty Delay and Cross Hormones for Trans* Youth, Models of Pride, Los Angeles, CA

51. **Olson-Kennedy J,** Masculinizing Hormones, Central Texas Transgender Health Conference, Austin, TX, 2017

52. **Olson-Kennedy J,** Children, Youth, Families and Hormone Blockers, Central Texas Transgender Health Conference, Austin, TX, 2017

53. **Olson-Kennedy J,** "Just a Boy, Just a Girl" Gender Infinity, Houston TX, 2017

54. **Olson-Kennedy J,** Chest Dysphoria – The Impact of Male Chest Reconstruction, Gender Odyssey Professional Symposium, Seattle, WA, 2017

55. **Olson-Kennedy J,** Puberty Delay and Cross Hormones for Transyouth, Gender Odyssey Professional Symposium, Seattle, WA, 2017

56. **Olson-Kennedy J**, Olson-Kennedy A, Just a Girl, Just a Boy, Gender Odyssey Professional Symposium, Pasadena, CA, 2017

57. **Olson-Kennedy J**, Puberty Blockers and Cross Sex Hormones, Gender Odyssey, Pasadena, CA, 2017

58. **Olson-Kennedy J**, Olson-Kennedy A, Gender Dysphoria, Gender Spectrum Family Conference, Moraga, CA, 2017

59. **Olson-Kennedy J**, Rethinking Gender, Chico TransGNC Week, Chico, CA, 2017

60. **Olson-Kennedy J**, Caring for Gender Non-Conforming and Transgender Youth, Chico TransGNC Week, Chico, CA, 2017

61. **Olson-Kennedy J**, Puberty Suppression in the United States; practice models, lessons learned, and unanswered questions, US Professional Association of Transgender Health, Los Angeles, CA, 2017

62. **Olson-Kennedy J**, The Impact of Male Chest Reconstruction on Chest Dysphoria in Transmasculine Adolescents and Young Men; A Preliminary Study, US Professional Association of Transgender Health, Los Angeles, CA, 2017

63. **Olson-Kennedy J**, Outside of the Binary; Care for Non-Binary Adolescents and Young Adults, US Professional Association of Transgender Health, Los Angeles, CA, 2017

64. **Olson-Kennedy J**, Olson-Kennedy A, Gender Dysphoria: Beyond the Diagnosis, Center for Juvenile Justice Reform Supporting the Well-Being of LGBTQ Youth Certificate Program, Washington DC, 2018

65. **Olson-Kennedy J**, Olson-Kennedy A, Gender Dysphoria; Beyond the Diagnosis; Midwest LGBTQ Health Symposium, Chicago, IL, 2018

66. **Olson-Kennedy J**, Puberty Suppression and Gender Affirming Hormones, Gender Fest, Las Vegas, NV, 2018

67. **Olson-Kennedy J**, Gender Dysphoria; Beyond the Diagnosis, Gender Odyssey Family Conference, Seattle WA, 2018

68. **Olson-Kennedy J**, Gender Affirming Hormone Therapy for Transmasculine Adolescents and Young Adults, Gender Infinity, Houston, TX, 2018

69. **Olson-Kennedy J**, Outside of the Binary; Care for Non-Binary Adolescents and Young Adults, Gender Infinity, Houston, TX, 2018

70. **Olson-Kennedy J**, Chest Dysphoria and the Impact of Chest Reconstruction, Gender Infinity, Houston, TX, 2018

71. **Olson-Kennedy J**, Olson-Kennedy A, Landon S, Just a Girl, Just a Boy, Gender Infinity, Houston, TX, 2018

72. **Olson-Kennedy J**, Hormones 201: More than Testosterone and Estrogen, Gender Odyssey Professional Symposium, WA, 2018

73. **Olson-Kennedy J**, Puberty Suppression: What, When, and How, Gender Odyssey Family Conference, Seattle WA, 2018

74. **Olson-Kennedy J**, Gender Google; Gender Odyssey Family Conference, Seattle WA, 2018

75. **Olson-Kennedy J**, Male Chest Reconstruction and Chest Dysphoria in Transmasculine Minors and Young Adults, Gender Odyssey Professional Symposium, WA, 2018

76. **Olson-Kennedy J**, Mosser S, Chest Surgery, Gender Spectrum, Moraga, CA 2018

77. **Olson-Kennedy J**, Olson-Kennedy A, Understanding Gender Dysphoria, Gender Spectrum, Moraga, CA 2018

78. **Olson-Kennedy J**, Puberty Suppression and Gender Affirming Hormones, Gender Odyssey, Los Angeles, CA, 2018

79. **Olson-Kennedy J**, Olson-Kennedy A, Gender Dysphoria – Beyond the Diagnosis, Gender Odyssey, Los Angeles, CA, 2018

80. **Olson-Kennedy J**, Olson-Kennedy A, Transyouth Care – Self-reflection on Personal Biases and Their Impact on Care, Society for Adolescent Health and Medicine, Seattle WA, 2018

81. **Olson-Kennedy J**, Rethinking Gender, Society for Adolescent Health and Medicine, Seattle WA, 2018

82. **Olson-Kennedy J**, Providing 360 degree transgender hormone therapy: beyond the protocols, Medical Directors Council (MeDC) 14th Annual Clinical Update in Reproductive Health and Medical Leadership, Snowbird, Utah, 2018

83. **Olson-Kennedy J**, Olson-Kennedy A, Gender Dysphoria: Beyond the Diagnosis, Gender Education and deMystification Symposium, Salt Lake City, Utah, 2018

84. **Olson-Kennedy J**, Rethinking Gender, SoCal LGBTQIA Health Conference, Los Angeles, CA, 2018

85. **Olson-Kennedy J**, Hormones 201 – Beyond T and E, Gender Odyssey San Diego, San Diego, CA, 2019

86. **Olson-Kennedy J**, Olson-Kennedy A, Landon S, Just a Boy, Just a Girl, Gender Odyssey San Diego, San Diego, CA, 2019

87. **Olson-Kennedy J**, Gender Dysphoria; A Deeper Dive Beyond the Diagnosis, Advance LA Conference, California

88. **Olson-Kennedy J**, Histrelin Implants for Suppression of Puberty in Youth with Gender Dysphoria: a Comparison of 50 mcg/day (Vantas) and 65 mcg/day (SupprelinLA), WPATH Conference, Virtual Presentation, 2020

89. **Olson-Kennedy J**, Chest Reconstruction and Chest Dysphoria in Transmasculine Adolescents and Young Adults, Comparison of Post-surgical and Non-surgical Cohorts, WPATH Conference, Virtual Presentation, 2020

90. **Olson-Kennedy J**, Olson-Kennedy A, Gender Dysphoria: Beyond the Diagnosis, Center for Juvenile Justice Reform Supporting the Well-Being of LGBTQ Youth Certificate Program, Virtual Presentation, 2020

**MEDIA AND TELEVISION APPEARANCES:**

2008, Lost Little Boy, The Dr. Phil Show

2011, My Extraordinary Family, ABC Nightline

2011, Transgender Youth, Rosie O'Donnell's The DOC Club

2011, Adolescents and Bullying, Dr. Drew show

January 2012, Transgender Child: A Parents' Difficult Choice, Our America with Lisa Ling, OWN Network

May 2012, Transgender Teen's Journey From Meghan to Mason "Really, Really Good" NBC, Bruce Hentsel Show

July 2012, Living a Transgender Childhood, Dateline

July 2013, Boy to Girl, One Child's Journey, People Magazine

October 2013, Coy Mathis: One Child's Fight to Change Gender, Rolling Stone Magazine

June 2014, Born This Way: Stories of Young Transgender Children, CBS The Sunday Morning Show

January 2015, Eisenhower Medical Center Hosts Transgender Symposium, Desert Sun

January 2015 Transgender 13-year-old Zoey having therapy, BBC

January 2015, The DeMita Fletcher Family: What We Learned From Our Transgender Son, People.com

January 2015, Driven to Suicide?, People Magazine

April 2015, Transgender Teen Opens Up about Struggles, Journey, ABC 7

April 2015, Transgender community, allies see Jenner interview in positive light, LA Times

April 2015, Bruce Jenner's transgender journey will lead to more understanding, many say, Daily News

April 2015, Fellow Olympian on Bruce Jenner's Transgender Announcement: 'Hardest Thing I Could Ever Imagine' ET Online

April 2015, Local Teens Hopes to Inspire Transgender Youth by Speaking Publicly About Transition, KCBS

May 2015, Boy, You'll Be a Woman Soon, Elle (France)

June 2015, Clinics Serve Transgender Kids, LA Times

July 2015, 'I Am Jazz': Transgender Teen on Grappling with High School, Puberty, ABC/Nightline

July 2015, Transgender experience isn't caused by a hormone imbalance so just give it up already
A new study confirms what researchers have long been saying: Gender dysphoria isn't physiological, Salon

July 2015, New study proves transgender status is not the result of a hormone imbalance, Examiner.com

July 2015, Transgender youth have typical hormone levels, Science Daily

July 2015, Health Effects of Transitioning in Teen Years Remain Unknown, NPR

July 2015, STUDY: Being Young and Trans Is Not the Result of a Hormonal Imbalance

July 2015, Transgender Kids Found to Have No Hormone Abnormalities Contributing To Their Experience, The Advocate

July 2015, No Difference in Hormone Levels of Transgender Youth, Science 2.0

July 2015, Transgender Youth Don't Have Hormone Abnormalities, Doctors Lounge

July 2015, Parenting My Transgender Teen: Britt Rubenstein, Mom-Momstampblog

August 2015, Identifying as a Different Gender, Student Science

August 2015, Inside Vanity Fair: Trans America, Our New Special Issue on Gender Identity and Expression, Vanity Fair

August 2015, Why There's a Medical Crisis for Transgender Youth, The Hollywood Reporter

August 2015, Transgender Medical Crises, Daily Kos

August 2015, Op-ed: Jazz Jennings is TV's Unsung Trans Heroine, Buzz Feed

October 2015, Pausing Puberty with Hormone Blockers May Help Transgender Kids, Fox News

November 2015, Al Jazeera America – Betrayed by their bodies: For trans teens, puberty can be a trauma

November 2015, Daycare workers fired for not acknowledging 6-year-old as transgender boy, Rolling Out.com

Jan/Feb 2016, Young and Transgender, How to Best Help Them Thrive, Scientific American Mind