# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: 2025 Children's Hospital of Los Angeles Subpoena | Case No.: _____<br><br>**[PROPOSED] ORDER GRANTING MOTION TO QUASH ADMINISTRATIVE SUBPOENA** |

Upon considering Moving Parties' Motion to Quash Administrative Subpoena and any response thereto, and argument thereupon, it is hereby **ORDERED** that:

1. The Subpoena is quashed as to Requests 11, 12, and 13.

2. The Subpoena is quashed as to any and all Requests to the extent that such Requests or sub-Requests call for the production of the identities, records and/or private information of Children's Hospital Los Angeles patients or their families.

3. To the extent that any quashed records have been produced before this Order, the United States Department of Justice shall no longer access such records, and the parties shall within ten (10) days meet and confer regarding appropriate prophylactic measures to be taken, and submit a joint report and any joint or individual proposals to the Court.

**IT IS SO ORDERED.**

Dated: _____          _____

UNITED STATES DISTRICT JUDGE

---

1

ORDER GRANTING MOTION TO QUASH ADMINISTRATIVE SUBPOENA