UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: 2025 Children's Hospital of Los Angeles Subpoena | Case No.: 25-11183<br><br>**NOTICE OF MOTION AND MOTION TO PROCEED UNDER PSEUDONYM** |

    **PLEASE TAKE NOTICE** that Moving Parties AA, BB1, BB2, CC, DD, EE, and FF, by and through their undersigned counsel, will and hereby do move to proceed under pseudonym, contrary to the requirements of Federal Rule of Civil Procedure section 10(a). In light of their status as parents and legal guardians of transgender youth, and the sensitive and highly personal nature of the information and medical records at issue in this case, Moving Parties have a reasonable fear of severe physical and mental harm should their identities become known through this action. Further, Moving Parties risk criminal prosecution by a government that has declared the medical care provided to their children to be child abuse. The maintenance of privacy for the Moving Parties and their children is at the core of this case, and proceeding under pseudonym is in furtherance of that goal.

    Permitting the Moving Parties to proceed under pseudonym will harm neither the public interest in this case nor the public's access to open courts, and—due to Moving Parties' fear of proceeding and likelihood of dropping their claims if they are forced to reveal their identities—granting this motion will enhance the public interest by allowing the case to be decided on its merits. Finally, on balance, Moving Parties' need for anonymity far exceeds any minimal risk of prejudice to Respondents.

    The Motion to Proceed Under Pseudonym is based on this Notice of Motion and Motion; the supporting Memorandum of Points and Authorities; the

declarations of Moving Parties AA, BB1, BB2, CC, DD, EE, and FF; and the records and files in the action and the underlying Motion to Quash.

     For the foregoing reasons, as well as those expressed in the accompanying memorandum of law, the Moving Parties respectfully urge this Court to GRANT this motion and permit the Moving Parties to proceed under pseudonyms during the duration of the above-captioned case.

Dated: November 21, 2025

WESTERN CENTER ON LAW & POVERTY
LAWYERS FOR GOOD GOVERNMENT
IMPACT FUND

/s/ Joy Dockter
_____

Joy K. Dockter
*Attorneys for Moving Parties*