UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: 2025 Children's Hospital of Los Angeles Subpoena | Case No.: 25-11183<br><br>**[PROPOSED] ORDER GRANTING MOTION TO PROCEED UNDER PSEUDONYM** |

Upon considering Moving Parties' Motion to Proceed Under Pseudonym and any response thereto, and argument thereupon, it is hereby **ORDERED** that:

1. The motion of the Moving Parties is GRANTED;

2. The Moving Parties may proceed in this action under the pseudonyms Parent AA, Parent BB1, Parent BB2, Parent CC, Parent DD, Parent EE, and Legal Guardian FF.

3. Moving Parties are not required to provide their true names to Respondents, Respondents' counsel, or this Court.

**IT IS SO ORDERED.**

Dated: _____       _____
                                  UNITED STATES DISTRICT JUDGE