UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: 2025 Children's Hospital of Los Angeles Subpoena | Case No.: 25-11183<br><br>**NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL** |

**NOTICE OF MOTION AND MOTION**

**PLEASE TAKE NOTICE** that Moving Parties AA, BB1, BB2, CC, DD, EE, and FF, will and hereby do move for certification of the following proposed class under Federal Rule of Civil Procedure 23:

*All people, and parents/guardians of minors, who sought and/or received "gender-related care" at Children's Hospital Los Angeles from January 1, 2020, to the present.*

"Gender-related care" refers to care as defined in the DOJ subpoenas, to mean "any medical, surgical, psychological, or social treatment provided to individuals to alter their physical appearance or social presentation to resemble characteristics typically associated with the opposite biological sex."

Moving Parties seek certification of the class under Rule 23(b)(2) in conjunction with their motion to quash parts of a subpoena from the United States Department of Justice to Children's Hospital Los Angeles seeking private medical and personal records and information for patient. The questions presented by the motion to quash are common to the class and the relief requested applies to the class as a whole. Moving Parties seek to be appointed as class representatives and request appointment of their attorneys form Western Center on Law and Poverty, Lawyers for Good

-2-

1  Government, and the Impact Fund as class counsel under Federal Rule of Civil
2  Procedure 23(g).
3      This Motion for Class Certification and Appointment of Counsel is based on this
4  Notice of Motion and Motion; the supporting Memorandum of Points and Authorities;
5  the declarations of counsel Lori Rifkin, Robert Newman, and Khadijah Silver; the
6  declarations of Moving Parties AA, BB1 and BB2, CC, DD, EE, and FF; and the records
7  and files in the action.

9  Dated: November 21, 2025

WESTERN CENTER ON LAW & POVERTY
LAWYERS FOR GOOD GOVERNMENT
IMPACT FUND

/s/ Megan Flynn
Megan Flynn

/s/ Joy Dockter
Joy Dockter

*Attorneys for Moving Parties*