**WESTERN CENTER ON LAW & POVERTY**
Helen Tran, SBN 290731
Email: htran@wclp.org
David Kane, SBN 292186
Email: dkane@wclp.org
Joy Dockter, SBN 275196
Email: jdockter@wclp.org
Robert Newman, SBN 86534
Email: rnewman@wclp.org
3701 Wilshire Blvd., Suite 208
Los Angeles, CA 90010
Telephone: (213) 487-7211
Fax: (213) 487-0242

(Additional counsel on following page)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re 2025 Children's Hospital of Los Angeles Subpoena | Case No.: 25-11183<br><br>CLASS ACTION<br><br>**DECLARATION OF LORI RIFKIN IN SUPPORT OF MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL** |

---

1

**DECLARATION OF LORI RIFKIN IN SUPPORT OF MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL**

**LAWYERS FOR GOOD GOVERNMENT**
Amy E. Powell, NC SBN 50300*
Email: amy@lawyersforgoodgovernment.org
Khadijah M. Silver, NY SBN 5473558*
Email: khadijah@lawyersforgoodgovernment.org
Alyssa F. Morrison, TX SBN 24110135*
Email: amorrison@lawyersforgoodgovernment.org
1319 F St. NW Ste 301
PMB 181
Washington, DC 20004

**IMPACT FUND**
Lori Rifkin, SBN 244081
Email: lrifkin@impactfund.org
Fawn Rajbhandari-Korr, SBN 315888
Email: fkorr@impactfund.org
Meredith Dixon, SBN 346864
Email: mdixon@impactfund.org
Megan Flynn, SBN 359394
Email: mflynn@impactfund.org
2080 Addison St., Suite 5
Berkeley, CA 94704
Telephone: (510) 845-3473
Fax: (510) 845-3654

*Attorneys for Moving Parties*

*Pro hac vice application forthcoming

2

**DECLARATION OF LORI RIFKIN IN SUPPORT OF MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL**

# DECLARATION OF LORI RIFKIN

I, Lori Rifkin, declare as follows:

1. I am the Litigation Director of the Impact Fund, a nonprofit legal foundation that supports complex public interest litigation with grants and training, and am counsel for movants. I am a member in good standing of the State Bar of California, and am admitted to the Central District of California, among other courts.

2. I submit this declaration in support of movants' motion for class certification and appointment of counsel. I have personal knowledge of the facts contained in this declaration and, if called as a witness, am competent to testify to those facts.

## Impact Fund Expertise

3. The Impact Fund was founded in 1992. The organization provides advice, counseling, and training in class action and complex litigation for social justice litigators. The Impact Fund maintains an active class action litigation docket, has authored dozens of amicus briefs in class actions cases, and has participated in hearings of the federal Advisory Committee on Civil Rules regarding rules of civil procedure, particularly Rule 23.

4. For more than two decades, the Impact Fund has organized an annual Class Action Conference, attended by over 250 plaintiffs' class action practitioners to discuss case law and strategy. The Impact Fund has also hosted an annual Class Action Training Institute for nearly two decades, using a hypothetical case file to teach class action strategy and practice to forty lawyers over two 3-day sessions in the Bay Area and Los Angeles.

5. The Impact Fund has handled many large class actions in conjunction with co-counsel firms and organizations, including *Farrell v. United States Department of Defense,* 2025 WL 1070753 (N.D. Cal. Mar. 12, 2025); *U.S. ex rel. Terry v. Wasatch Property Management*, 2022 WL 17178388 (E.D. Cal. Nov. 3, 2022); *Williams v. City of Antioch*, 2010 WL 3632197 (N.D. Cal. Sept. 2, 2010);

3

**DECLARATION OF LORI RIFKIN IN SUPPORT OF MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL**

*Parra v. Bashas', Inc.*, 536 F.3d 975 (9th Cir. 2008); *Wal-Mart Stores, Inc. v. Dukes*, 564 U.S. 338 (2011); and *Ellis v. Costco Wholesale Inc.*, 657 F.3d 970 (9th Cir. 2011). Impact Fund attorneys and their co-counsel recently received the California Lawyer Magazine Attorney of the Year (CLAY) Award for their work on the class action case *Terry v. Wasatch Property Management*.

6. Impact Fund attorneys have worked closely with co-counsel at Western Center on Law & Poverty and Lawyers for Good Government in diligently investigating the factual background and circumstances relevant to this litigation and the legal rights and claims of movants and the proposed class. Impact Fund is prepared to commit the staff and resources necessary to pursue the litigation to its ultimate resolution.

## Qualifications of Impact Fund Attorneys

7. I graduated from New York University School of Law in 2004. I am an active member of the State Bar of California and an inactive member of the State Bars of New York and Connecticut. I have litigated in federal courts across the country through either pro hac vice admission or on behalf of the United States. I joined the Impact Fund in January 2024 as the Litigation Director. Before joining the Impact Fund, I founded Rifkin Law Office, a civil rights practice based in Oakland, California, where I litigated complex civil rights cases. I am a former partner of the Pasadena-based civil rights law firm Hadsell Stormer Renick & Dai LLP and also worked as a Senior Trial Attorney for the Civil Rights Division of the United States Department of Justice (DOJ). At the DOJ, I served as a member of the Civil Rights Division's Lesbian, Gay, Bisexual, Transgender & Intersex Workgroup. I worked as a staff attorney at the American Civil Liberties Union of Southern California where my litigation focused on LGBTQ and women's rights, and earlier as a staff attorney at the ACLU of Connecticut. I also practiced civil rights litigation as an associate at the San Francisco-based public interest law firm Rosen, Bien, Galvan & Grunfeld.

8. I have extensive experience litigation civil rights impact cases, including as class counsel in cases such as *Coleman v. Brown*, E.D. Cal. Case No. 2:90-cv-520-KJM-DAD; *Farrell v. United States Department of Defense*. N.D. Cal. Case No. 3:23-cv-04013-JCS; and *U.S. ex rel. Terry v. Wasatch Advantage Group, LLC*, E.D. Cal. No. 2:15-cv-00799-KJM-DB. I also have particular experience litigating discrimination cases on behalf of LGBTQ people and their families. For example, I was lead counsel in *Edmo v. Idaho Department of Corrections, et al.*, 935 F.3d 757 (9th Cir. 2019) a precedent-setting case seeking necessary medical treatment on behalf of an incarcerated transgender woman. I have successfully resolved numerous cases on behalf of students and employees discriminated against based on sexual orientation and/or gender identity, and I have also been co-counsel on cases across the country fighting for relationship equality on behalf of the LGBTQ community.

9. Fawn Rajbhandari-Korr is a 2012 graduate of the University of Hawaiʻi at Mānoa, William S. Richardson School of Law, and is admitted to practice law in California and before this Court. Ms. Rajbhandari-Korr is Senior Counsel and Training Director at the Impact Fund. Before joining the Impact Fund in 2023, Ms. Rajbhandari-Korr worked as Senior Litigation Counsel at Bay Area Legal Aid, managing impact litigation cases and appeals in a broad range of practice areas including civil rights. She served as law clerk to the Honorable Michael D. Wilson of the Hawaiʻi State Judiciary.

10. Meredith Dixon graduated from the U.C. Berkeley School of Law in 2022 and is admitted to practice law in California and before this Court. Ms. Dixon is a Staff Attorney at the Impact Fund, and previously completed a two-year law fellowship at the Impact Fund. She served as a judicial extern in the chambers of the Honorable Joseph C. Spero and the Honorable Jon S. Tigar of the Northern District of California

11. Megan Flynn graduated from New York University School of Law in

5

**DECLARATION OF LORI RIFKIN IN SUPPORT OF MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL**

1  2024 and is admitted to practice law in California and before this Court.  Ms. Flynn
2  is in the second year of her law fellowship with the Impact Fund, with a focus on
3  issues related to protecting the rights of LGBT+ people.
4      I declare under penalty of perjury under the laws of the State of California and
5  of the United States that the foregoing is true and correct, and that this declaration
6  was executed on November 20, 2025 Berkeley, California.

                                                                                         *[signature]*

                                                                                         _____
                                                                                         Lori Rifkin

**DECLARATION OF LORI RIFKIN IN SUPPORT OF MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL**