**WESTERN CENTER ON LAW & POVERTY**
Helen Tran, SBN 290731
Email: htran@wclp.org
David Kane, SBN 292186
Email: dkane@wclp.org
Joy Dockter, SBN 275196
Email: jdockter@wclp.org
Robert Newman, SBN 86534
Email: rnewman@wclp.org
3701 Wilshire Blvd., Suite 208
Los Angeles, CA 90010
Telephone: (213) 487-7211
Fax: (213) 487-0242

(Additional counsel on following page)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re 2025 Children's Hospital of Los Angeles Subpoena | Case No.: 25-11183<br><br>CLASS ACTION<br><br>**DECLARATION OF AMY POWELL IN SUPPORT OF MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL** |

1

**DECLARATION OF AMY POWELL IN SUPPORT OF MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL**

**LAWYERS FOR GOOD GOVERNMENT**
Amy E. Powell, NC SBN 50300*
Email: amy@lawyersforgoodgovernment.org
Khadijah M. Silver, NY SBN 5473558*
Email: khadijah@lawyersforgoodgovernment.org
Alyssa F. Morrison, TX SBN 24110135*
Email: amorrison@lawyersforgoodgovernment.org
1319 F St. NW Ste 301
PMB 181
Washington, DC 20004

**IMPACT FUND**
Lori Rifkin, SBN 244081
Email: lrifkin@impactfund.org
Fawn Rajbhandari-Korr, SBN 315888
Email: fkorr@impactfund.org
Meredith Dixon, SBN 346864
Email: mdixon@impactfund.org
Megan Flynn, SBN 359394
Email: mflynn@impactfund.org
2080 Addison St., Suite 5
Berkeley, CA 94704
Telephone: (510) 845-3473
Fax: (510) 845-3654

*Attorneys for Moving Parties*

*Pro hac vice application forthcoming

2

**DECLARATION OF AMY POWELL IN SUPPORT OF MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL**

## DECLARATION OF AMY POWELL

I, Amy Powell, declare:

1. I am Litigation Director for the Pro Bono Litigation Corps at Lawyers for Good Government, a nonprofit legal organization that supports complex public interest litigation, and am counsel for movants. I am an active member in good standing of the bar in North Carolina and New York. I have previously litigated in federal courts across the country on behalf of the United States.

2. I graduated from New York University School of Law in 2004, and clerked for Hon. Amalya L. Kearse on the Court of Appeals for the Second Circuit in the 2004-2005 term. Following clerkship, I served in the U.S. Department of Justice, Civil Division, Federal Programs Branch for nearly twenty years, litigating on behalf of the United States in cutting edge litigation defending government action as Senior Trial Counsel. My government practice included defending against civil rights class actions. *See, e.g.*, *Colonel Financial Management Officer v. Austin*, 8:22-cv-1275 (M.D. Fla.) (lead counsel where class challenged DoD vaccination requirement); as well as other important constitutional and statutory cases in which I was lead counsel for the Government. *See, e.g.*, *Elhady v. Kable*, Civil Action No. 1:16-cv-375 (E.D. Va.) (terrorist watchlisting); *Fikre v. FBI*, 3:13-cv-00899, (D. Or.); *Page v. Comey*, 1:20-cv-03460 (D.D.C.) (FISA). I likewise handled or advised on several complex matters in the Central District of California. *See, e.g., Leopold v. DOJ*, 2:17-cv-03747 (C.D. Cal) (complex FOIA matter).

3. I submit this declaration in support of Movants' motion for class certification and appointment of counsel. I have personal knowledge of the facts contained in this declaration and, if called as a witness, am competent to testify to those facts.

### Lawyers for Good Government Expertise

4. Lawyers for Good Government ("L4GG") was founded in 2016 as a 501(c)(3) nonprofit organization dedicated to advancing equal justice, protecting human rights, and promoting a healthy democracy and planet through the power of the legal

community. L4GG's in-house staff includes attorneys and non-attorneys with decades of expertise in litigation, policy, and advocacy matters involving public health, LGBTQ+ rights, immigration, and civil rights, generally. L4GG provides a public resource sharing the state of transgender rights and reproductive rights laws in every U.S. state and territory, every single business day. Its attorneys have consulted on and informed significant legal protections at the state and federal level, authored and contributed to amicus briefing on the patient-provider relationship, public health, and administrative law, and engaged in large-scale organizing, advocacy, and community education efforts to protect the rule of law. L4GG's attorneys also work closely with a vast network of mission-aligned pro bono attorneys in order to maximize reach and efficacy. In 2024 alone, L4GG leveraged more than 55,000 hours and $30 million worth of pro bono legal services.

5. Lawyers for Good Government recently launched its Pro Bono Litigation Corps, which addresses the critical need for qualified legal representation in the face of unprecedented attacks on constitutional rights, the rule of law, and the legal profession itself. By mobilizing experienced, unaffiliated attorneys who remain committed to upholding constitutional principles and who would otherwise not have a way of serving as counsel or co-counsel on impact litigation, the Pro Bono Litigation Corps serves as a vital resource for individuals and organizations struggling to secure representation in challenges against unlawful government actions. The L4GG attorneys leading the Pro Bono Litigation Corps have collective decades of experience in complex litigation matters in federal courts across the country, including class actions, as well as deep knowledge of the areas of law at issue.

6. Lawyers for Good Government attorneys have worked closely with co-counsel at Western Center on Law & Poverty and Impact Fund in diligently investigating the factual background and circumstances relevant to this litigation and the legal rights and claims of movants and the proposed class. Lawyers for Good Government is

prepared to commit the staff and resources necessary to pursue the litigation to its ultimate resolution.

### Qualifications of Lawyers for Good Government Attorneys

7. I recently joined Lawyers for Good Government as Litigation Director in August 2025. My qualifications are described above.

8. Alyssa Morrison joined Lawyers for Good Government in January 2023 and is currently L4GG's Senior Staff Attorney for Reproductive Justice. In her role, Alyssa manages L4GG's portfolio of reproductive rights work, including matters involving LGBTQ+ rights and policy. Prior to joining L4GG, Alyssa litigated in federal courts across the country as a staff attorney with the Constitutional Law Center for Muslims in America (CLCMA). She graduated from SMU Dedman School of Law in 2018 and completed a 1-year fellowship with CLCMA. Following that fellowship, she briefly worked in civil litigation for a boutique law firm before returning to CLCMA in a staff attorney capacity. While in that role, Alyssa represented clients in civil rights matters in federal district and appellate courts, including the 9th Circuit Court of Appeals. These cases primarily involved important constitutional and statutory questions including privacy law and government surveillance, equal protection, due process, and state and federal anti-discrimination laws. *See e.g. Ghedi v. Mayorkas*, No. 20-10995 (5th Cir.) (bringing constitutional and APA claims in regards to a federal watchlist matter); *Jibril et al v. McAleenan et al*, No. 1:19-cv-02457 (D.D.C) (challenging watchlisting procedures on constitutional grounds); *Magassa v. Mayorkas*, 52 F.4th 1156 (9th Cir. 2022) (bringing 5th Amendment, APA and Section 1981 claims). She is an active member in good standing with the State Bar of Texas.

9. Khadijah Silver is an active member of the bar in good standing in New York. They joined Lawyers for Good Government in July 2022 and serve as Supervising Attorney for Civil Rights, directing legal and advocacy strategy and serving as a subject matter expert on the organization's corpus of individual civil

5

**DECLARATION OF AMY POWELL IN SUPPORT OF MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL**

rights, privacy, bodily autonomy and public health projects, with a specific focus on ensuring health and well-being for marginalized populations. While at Lawyers for Good Government, Silver has represented environmental justice organizations before the District of South Carolina in *The Sustainability Institute v. Trump,* 2:25-cv-02152 (D.S.C.) (on appeal at *Sustainability Institute v. Trump*, No. 25-1575, 2025 WL 1587100 (4th Cir. June 5, 2025)) (bringing First Amendment and Administrative Procedure Act claims) and the American College of Obstetricians and Gynecologists (ACOG) in an amicus brief before the Supreme Court of the State of New Mexico in *State of New Mexico v. Alexee J. Trevizo*, S-1-SC-40478 (N.M.) (bringing privacy, constitutional and bioethics arguments). They graduated from Boston University School of Law in 2010 and received their Master's in Public Health in Health Policy and Management from SUNY Downstate in 2022. Prior to joining L4GG, they served as Director of Communications at Transgender Legal Defense and Education Fund (TLDEF, now Advocates for Trans Equality), Executive Director of community lawyering and youth advocacy organization Resilience Advocacy Project, and Program and Policy Associate at health access organization Community Catalyst, among other roles.

      I declare under penalty of perjury under the laws of the State of California and of the United States that the foregoing is true and correct, and that this declaration was executed on November 18, 2025, in Raleigh, North Carolina.

/s/ Amy Powell
_____
Amy Powell

**DECLARATION OF AMY POWELL IN SUPPORT OF MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL**