Helen Tran (SBN290731)
Western Center on Law & Poverty
3701 Wilshire Blvd., Suite 208
Los Angeles, CA 90010
(213) 487-7211
htran@wclp.org

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re 2025 Children's Hospital of Los Angeles Subpoena <br><br> v. <br><br> _Plaintiff(s)_ <br><br><br> _Defendant(s)._ | CASE NUMBER      25-11183 <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE _PRO HAC VICE_** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case _Pro Hac Vice_ filed by**

Morrison, Alyssa F.                                            of
_Applicant's Name (Last Name, First Name & Middle Initial)_

936-828-7252
_Telephone Number_            _Fax Number_

amorrison@lawyersforgoodgovernment.org
_E-Mail Address_

Lawyers for Good Government
1319 F St. NW Ste. 301
PMB 181
Washington, DC 20004

_Firm/Agency Name & Address_

**for permission to appear and participate in this case on behalf of**

Parent AA, Parents BB1 & BB2, Parent CC, Parent DD, Parent EE, Legal Guardian FF (proceeding under pseudonyms)

_Name(s) of Party(ies) Represented_          ☐ _Plaintiff(s)_ ☐ _Defendant(s)_ ☒ _Other:_ Moving Parties

**and designating as Local Counsel**

Tran, Helen                                            of
_Designee's Name (Last Name, First Name & Middle Initial)_

290731              (213) 487-7211
_Designee's Cal. Bar No._   _Telephone Number_     _Fax Number_

htran@wclp.org
_E-Mail Address_

Western Center on Law & Poverty
3701 Wilshire Blvd., Suite 208
Los Angeles, CA 90010

_Firm/Agency Name & Address_

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

        ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

        ☐ for failure to complete Application: _____

        ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

        ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

        ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** _____          _____
                                            **U.S. District Judge/U.S. Magistrate Judge**