Helen Tran (SBN290731)
Western Center on Law & Poverty
3701 Wilshire Blvd., Suite 208
Los Angeles, CA 90010
(213) 487-7211
htran@wclp.org

Case 2:25-cv-11183   Document 5-1   Filed 11/21/25   Page 1 of 1   Page ID #:412

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re 2025 Children's Hospital of Los Angeles Subpoena

Plaintiff(s)

v.

Defendant(s).

CASE NUMBER    25-11183

### (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Powell, Amy E.                                         of

*Applicant's Name (Last Name, First Name & Middle Initial)*

646-246-4633

*Telephone Number* ___ *Fax Number*

amy@lawyersforgoodgovernment.org

*E-Mail Address*

Lawyers for Good Government
1319 F St NW Ste 301
PMB 181
Washington, DC 20004

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Parent AA, Parents BB1 & BB2, Parent CC, Parent DD, Parent EE, Legal Guardian FF (proceeding under pseudonyms)

*Name(s) of Party(ies) Represented*        ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☒ *Other:* Moving Parties

**and designating as Local Counsel**

Tran, Helen                                            of

*Designee's Name (Last Name, First Name & Middle Initial)*

290731                (213) 487-7211

*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

htran@wclp.org

*E-Mail Address*

Western Center on Law & Poverty
3701 Wilshire Blvd., Suite 208
Los Angeles, CA 90010

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED:  ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____        _____

**U.S. District Judge/U.S. Magistrate Judge**