Helen Tran (SBN 290731)  
Western Center on Law & Poverty  
3701 Wilshire Blvd., Suite 208  
Los Angeles, CA 90010  
(213) 487-7211  
htran@wclp.org

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re 2025 Children's Hospital of Los Angeles Subpoena<br><br>　　　　　　　　　　v.　　　　　Plaintiff(s)<br><br><br><br>　　　　　　　　　　　　　　　Defendant(s). | CASE NUMBER　　25-11183<br><br><br>**(PROPOSED) ORDER ON APPLICATION<br>OF NON-RESIDENT ATTORNEY TO APPEAR<br>IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Silver, Khadijah M.　　of　　Lawyers for Good Government  
*Applicant's Name (Last Name, First Name & Middle Initial)*　　1319 F St. NW Ste. 301  
617-997-3394　　　　　　　　　　　　　　　　　　　　　　　　PMB 181  
*Telephone Number*　　*Fax Number*　　　　　　　　　　　　　　Washington, DC 20004  
khadijah@lawyersforgoodgovernment.org  
*E-Mail Address*　　　　　　　　　　　　　　　　　　　　　　*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**  
Parent AA, Parents BB1 & BB2, Parent CC, Parent DD, Parent EE, Legal Guardian FF (proceeding under pseudonyms)

*Name(s) of Party(ies) Represented*　　☐ *Plaintiff(s)*　☐ *Defendant(s)*　☒ *Other:* Moving Parties

**and designating as Local Counsel**

Tran, Helen　　of　　Western Center on Law & Poverty  
*Designee's Name (Last Name, First Name & Middle Initial)*　　3701 Wilshire Blvd., Suite 208  
290731　　(213) 487-7211　　　　　　　　　　　　　　　　　Los Angeles, CA 90010  
*Designee's Cal. Bar No.*　*Telephone Number*　*Fax Number*  
htran@wclp.org  
*E-Mail Address*　　　　　　　　　　　　　　　　　　　　　*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.  
☐ DENIED:　☐ for failure to pay the required fee.  
　　　　　　☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.  
　　　　　　☐ for failure to complete Application: _____  
　　　　　　☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.  
　　　　　　☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.  
　　　　　　☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded　☐ not be refunded.

Dated _____　　　　　　　　　　　　　　_____  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**U.S. District Judge/U.S. Magistrate Judge**