**WESTERN CENTER ON LAW & POVERTY**
Helen Tran, SBN 290731
Email: htran@wclp.org
David Kane, SBN 292186
Email: dkane@wclp.org
Joy Dockter, SBN 275196
Email: jdockter@wclp.org
Robert Newman, SBN 86534
Email: rnewman@wclp.org
3701 Wilshire Blvd., Suite 208
Los Angeles, CA 90010
Telephone: (213) 487-7211
Fax: (213) 487-0242

(Additional counsel on following page)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re 2025 Children's Hospital of Los Angeles Subpoena | Case No.: 2:25-cv-11183<br><br>CLASS ACTION<br><br>**CERTIFICATE OF SERVICE** |

1

**CERTIFICATE OF SERVICE**

**LAWYERS FOR GOOD GOVERNMENT**
Amy E. Powell, NC SBN 50300*
Email: amy@lawyersforgoodgovernment.org
Khadijah M. Silver, NY SBN 5473558*
Email: khadijah@lawyersforgoodgovernment.org
Alyssa F. Morrison, TX SBN 24110135*
Email: amorrison@lawyersforgoodgovernment.org
1319 F St. NW Ste 301
PMB 181
Washington, DC 20004

**IMPACT FUND**
Lori Rifkin, SBN 244081
Email: lrifkin@impactfund.org
Fawn Rajbhandari-Korr, SBN 315888
Email: fkorr@impactfund.org
Meredith Dixon, SBN 346864
Email: mdixon@impactfund.org
Megan Flynn, SBN 359394
Email: mflynn@impactfund.org
2080 Addison St., Suite 5
Berkeley, CA 94704
Telephone: (510) 845-3473
Fax: (510) 845-3654

*Attorneys for Moving Parties*

**Pro hac vice application forthcoming*

**CERTIFICATE OF SERVICE**

I, Amanda Smith, declare as follows:

1. I am over the age of 18, and I am not a party to this action. My business address is 3701 Wilshire Blvd., Suite 203, Los Angeles, CA 90010.

2. I certify that I served copies of:
   a. Notice of Motion to Quash Administrative Subpoena
   b. Memorandum In Support Of Motion to Quash Administrative Subpoena
   c. Exhibits 1-3 In Support Of Motion to Quash
   d. Exhibits 4-5 In Support Of Motion to Quash
   e. Exhibits 6-7 In Support Of Motion to Quash
   f. Exhibits 8-13 In Support Of Motion to Quash
   g. Declaration of Helen Tran In Support Of Motion to Quash Administrative Subpoena
   h. [Proposed] Order Granting Motion to Quash Administrative Subpoena
   i. Notice of Motion and Motion to Proceed Under Pseudonym
   j. Memorandum of Points and Authorities In Support Of Motion to Proceed Under Pseudonym
   k. [Proposed] Order Granting Motion to Proceed Under Pseudonym
   l. Notice of Motion and Motion for Class Certification and Appointment of Class Counsel
   m. Memorandum of Points and Authorities In Support Of Motion for Class Certification and Appointment of Class Counsel
   n. Declaration of Robert D. Newman In Support Of Motion for Class Certification and Appointment of Class Counsel
   o. Declaration of Lori Rifkin In Support Of Motion for Class Certification and Appointment of Class Counsel
   p. Declaration of Amy Powell In Support Of Motion for Class Certification and Appointment of Class Counsel
   q. [Proposed] Order Granting Motion for Class Certification and Appointment of Class Counsel

by express mail on November 21, 2025 to the United States at the addresses listed below:

| U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br>USPS Express Tracking:<br>ER251650371US | Civil Process Clerk<br>United States Attorney's Office<br>Central District of California<br>300 N. Los Angeles St. Suite 7516<br>Los Angeles, CA 90012 |
|---|---|

3

**CERTIFICATE OF SERVICE**

| | USPS Express Tracking: ER251650354US |
|---|---|

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 21, 2025, at Carlsbad, California.

*Amanda Smith*

_____

AMANDA SMITH

4

**CERTIFICATE OF SERVICE**