**WESTERN CENTER ON LAW & POVERTY**
Helen Tran, SBN 290731
Email: htran@wclp.org
David Kane, SBN 292186
Email: dkane@wclp.org
Joy Dockter, SBN 275196
Email: jdockter@wclp.org
Robert Newman, SBN 86534
Email: rnewman@wclp.org
3701 Wilshire Blvd., Suite 208
Los Angeles, CA 90010
Telephone: (213) 487-7211
Fax: (213) 487-0242

(Additional counsel on following page)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re 2025 Children's Hospital of Los Angeles Subpoena | Case No.: 2:25−cv−11183 MWC (SSCx)<br><br>CLASS ACTION<br><br>**CERTIFICATE OF SERVICE** |

1

**CERTIFICATE OF SERVICE**

**LAWYERS FOR GOOD GOVERNMENT**
Amy E. Powell, SBN 50300
Email: amy@lawyersforgoodgovernment.org
Khadijah M. Silver, SBN 5473558
Email: khadijah@lawyersforgoodgovernment.org
Alyssa F. Morrison, SBN 24110135
Email: amorrison@lawyersforgoodgovernment.org
1319 F St. NW Ste 301
PMB 181
Washington, DC 20004

**IMPACT FUND**
Lori Rifkin, SBN 244081
Email: lrifkin@impactfund.org
Fawn Rajbhandari-Korr, SBN 315888
Email: fkorr@impactfund.org
Meredith Dixon, SBN 346864
Email: mdixon@impactfund.org
Megan Flynn, SBN 359394
Email: mflynn@impactfund.org
2080 Addison St., Suite 5
Berkeley, CA 94704
Telephone: (510) 845-3473
Fax: (510) 845-3654

*Attorneys for Moving Parties*

**CERTIFICATE OF SERVICE**

I, Amanda Smith, declare as follows:

1. I am over the age of 18, and I am not a party to this action. My business address is 3701 Wilshire Blvd., Suite 203, Los Angeles, CA 90010.

2. I certify that I served copies of:
    a. **NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES**
    b. **NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM**
    c. **NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**
    d. **ORDER TO REASSIGN CASE UPON RECUSAL OF MAGISTRATE JUDGE**

by USPS Priority Mail on December 3, 2025 to the United States at the addresses listed below:

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
USPS Priority Tracking:
9505 5125 9680 5337 9283 61

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 3, 2025, at Carlsbad, California.

*Amanda Smith*

_____
    AMANDA SMITH

3
**CERTIFICATE OF SERVICE**