UNITED STATES OF AMERICA
Department of Justice
Enforcement and Affirmative Litigation Branch
Scott B. Dahlquist (VSB 76646)
Email: scott.b.dahlquist@usdoj.gov
450 5th Street NW Suite 6400
Washington, DC 20001
Telephone: (202) 532-4602
Facsimile: (202) 514-8742

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE 2025 Children's Hospital of Los Angeles Subpoena | Case No.: 2:25-cv-11183-MWC-JDE <br><br> JOINT MOTION FOR EXTENSION OF TIME |

Respondent United States of America and Moving Parties jointly file this motion for an extension of time to file responses to Moving Parties' pleadings filed on November 21, 2025.

This matter arises from Moving Parties filing a Motion to Quash, Motion to Proceed Under Pseudonym, and Motion for Class Certification regarding the issuance of an administrative subpoena to Children's Hospital Los Angeles ("CHLA") in 2025. The parties agree that during the pendency of the briefing on this matter, that the United States of America will not seek the production of private health information from CHLA pursuant to the United States' subpoena at issue in this litigation.

It is agreed by the parties, subject to the Court's approval, that the deadline for Respondent United States of America to respond to Moving Parties' Motion to Quash, Motion to Proceed Under Pseudonym, and Motion for Class Certification

JOINT MOTION FOR
EXTENSION OF TIME – p. 1
Case No.: 2:25-cv-11183-MWC-JDE

shall be January 23, 2026, with replies by Moving Parties to be filed by February 17, 2026. This extension of time will also provide the parties with additional time to continue dialogue already underway regarding potential resolutions of this matter without the need for further litigation.

      Pursuant to L.R. 5-4.3.4, I certify that all other signatories listed, and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

      Dated this 11th day of December, 2025.

      Respectfully submitted,

FOR THE UNITED STATES OF AMERICA

BRETT A. SHUMATE
Assistant Attorney General
JORDAN C. CAMPBELL
Deputy Assistant Attorney General
SARMAD M. KHOJASTEH
Senior Counsel
Civil Division
LISA K. HSIAO
Acting Director

ROSS S. GOLDSTEIN
PATRICK RUNKLE
Assistant Directors

/s/ *Scott B. Dahlquist*
SCOTT B. DAHLQUIST, VA #76646
Trial Attorney, Consumer Protection
  Branch
United States Department of Justice
450 5th Street NW Suite 6400
Washington, DC 20001
Tel: 202-532-4602
Fax: 202-514-8742
Email: scott.b.dahlquist@usdoj.gov

JOINT MOTION FOR
EXTENSION OF TIME – p. 2
Case No.: 2:25-cv-11183-MWC-JDE

*Attorney for the United States of America*

WESTERN CENTER ON LAW & POVERTY
LAWYERS FOR GOOD GOVERNMENT
IMPACT FUND

<u>/s/ *Helen Tran*</u>
HELEN TRAN, CA #290731
Western Center on Law and Poverty
3701 Wilshire Blvd., Suite 208
Los Angeles, CA 90010
Tel: (213) 487-7211
Fax: (213) 487-0242
Email: htran@wclp.org

*Attorneys for Moving Parties*

JOINT MOTION FOR
EXTENSION OF TIME – p. 3
Case No.: 2:25-cv-11183-MWC-JDE

# CERTIFICATE OF SERVICE

Pursuant to L.R. 5-3.2, I hereby certify that on December 11, 2025, I filed the foregoing Joint Motion for Extension of Time with the Court's CM/ECF system to notify all attorneys who have appeared in this case.

Dated this 11th day of December, 2025.

                                 */s/ Scott B. Dahlquist*
                                 SCOTT B. DAHLQUIST

JOINT MOTION FOR
EXTENSION OF TIME – p. 4
Case No.: 2:25-cv-11183-MWC-JDE